**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (*if known*) _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Nasty Gal Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3016700** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**523 W. 6th Street, Suite 330**<br>**Los Angeles, CA 90014**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**700 Omega Parkway**<br>**Shepherdsville, KY 40165**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.nastygal.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Nasty Gal Inc.**
_____    Case number (*if known*) _____
Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4481__

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | |

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
| | | ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | |

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Nasty Gal Inc.** _____    Case number (*if known*) _____
            Name

---

**11.  Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
           Contact name    _____
           Phone           _____

---

## ▉  Statistical and administrative information

**13.  Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

☐ 1-49                ☑ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

---

**15.  Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☑ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☑ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

| Debtor | Nasty Gal Inc. | Case number (if known) | |
|--------|----------------|------------------------|--|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 9, 2016
                MM / DD / YYYY

X _____    Joe Scirocco
  Signature of authorized representative of debtor      Printed name

Title    President _____

18. **Signature of attorney**

X _____    Date    November 9, 2016
  Signature of attorney for debtor                        MM / DD / YYYY

Scott F. Gautier
Printed name

Robins Kaplan LLP
Firm name

2049 Century Park East
Suite 3400
Los Angeles, CA 90067
Number, Street, City, State & ZIP Code

Contact phone    310 552-0130      Email address    sgautier@robinskaplan.com

211742
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Nasty Gal Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 523 W. 6th Street Property c/o Callahan Capital Properties LLC 10 S. Riverside Plaza Suite 2050 Chicago, IL 60606 | Todd Hartman Todd.Hartman@callahancp.com 312-798-6030 | Lease | | | | $289,332.00 |
| American Vintage Clothing Corp. 8258 Phlox Street Downey, CA 90241 | Karla Soto americanvintagec @verizon.net 562-861-3200 | Trade | | | | $153,809.00 |
| Bardot 63 Victoria Cresent Abbotsford, VIC 03067-0000 | Julia Banas bardot@bardot.com.au 613 9420 7900 | Trade | | | | $160,191.00 |
| BNB Footwear 2330 Pontius Avenue Suite 101 Los Angeles, CA 90064 | Rafael Nunez rnunez@bnbfootwear.com 310-473-7707 | Trade | | | | $293,653.00 |
| Cotton Candy 735 E. 12th Street #103 Los Angeles, CA 90021 | John hello@cottoncandyla.com 213-741-1655 | Trade | | | | $182,222.00 |
| Dance & Marvel 1015 Crocker Street No. Q2 Los Angeles, CA 90015 | Cindy Cho cindycho@danceandmarvel.com 213 741-1005 | Trade | | | | $136,659.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

| Debtor | **Nasty Gal Inc.** | | | | Case number *(if known)* | | |
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Endless Rose 3775 Broadway Place Los Angeles, CA 90007 | Mindy Song Mindy@shopenglishfactory.com 213-742-0121 | Trade | | | | $256,714.00 |
| Fast Fashion Coll INT Unit 33 Irlam Business Centre Soapstone Way Manchester, United Kingdom M44 6RA | Matthew Newton Matthew@lavishalice.com 161036935 | Trade | | | | $258,761.00 |
| Fenwick & West LLC 801 California Street Mountain View, CA 94041 | Ted Wang twang@fenwick.com 650-988-8500 | Professional Services | | | | $234,568.00 |
| Google Inc. 1600 Amphitheatre Pkwy Mountain View, CA 94043 | Nisha Yadwad nishayadwad@google.com 891-905-8372 | Marketing Services | | | | $232,786.00 |
| Honey Bunch 1535 Rio Vista Avenue Los Angeles, CA 90023 | Kathy Walker kathy@kathywalkersale.com 323-415-9181 | Trade | | | | $185,949.00 |
| Hunt-Jacobsen Properties, LLC c/o Mr. Howard Kong 11601 Wilshire Blvd. 17th Floor Los Angeles, CA 90025 | Howard Kong Howard.Kong@wellsfargo.com 310-444-6586 | Lease Payment | | | | $206,000.00 |
| LeMeilleur, Inc dba Miley & Molly 3055 Fruitland Ave Los Angeles, CA 90058 | Jamie jamie@mileyandmolly.com 323-923-2171 | Trade | | | | $128,005.00 |
| Lovely Day 1100 S. San Pedro Street #O-12 Los Angeles, CA 90015 | Stephen lovelydayfashion@yahoo.com 213-741-0752 | Trade | | | | $136,264.00 |
| Olivaeous 1041 Towne Avenue Los Angeles, CA 90021 | Jimmy Olivaceous jimmy.olivaceous@gmail.com 213-623-1115 | Trade | | | | $318,816.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Nasty Gal Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prologis NA2 RPP Kentucky LLC** 8102 Zionsville Road Indianapolis, IN 46268 | **Susan Harvey** sharvey@prologis.com 317-228-5211 | Rent | | | | $203,796.91 |
| **Rakuten Marketing LLC** Affiliate Payments Department 215 Park Avenue Sout 8th Floor New York, NY 10003 | **Tamara Cabusas** tamara.cabusas@rakuten.com 415-852-6371 | Marketing | | | | $237,520.00 |
| **Rare Fashion Ltd.** Unit 34 Wellington Employment Park Liverpool Merseyside GB 159 1000 37 | **Reena Talwar** reena.talwar@rarefashion.co.uk 2036459440 | Trade | | | | $233,479.00 |
| **Shoe Boos** 1 Telford's Yard London, United Kingdom E1W 2BQ | **Vanessa Shaboo** vanessa@shooboos.com 203 645 9440 | Trade | | | | $120,993.00 |
| **United Parcel Services Inc.** P.O. Box 7247-0244 Philadelphia, PA 19170-0244 | **Michael Merrilees** mmerrilees@ups.com 800-811-1648 | logistics | | | | $576,950.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Scott F. Gautier (State Bar No. 211742)<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>(310) 552-0130<br>SGautier@robinskaplan.com<br>*Attorney for:* Debtor | CASE NO.:<br><br>CHAPTER:  11<br><br>ADVERSARY NO.:<br>*(if applicable)* |
| In re:<br>NASTY GAL INC.<br><br><br><br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(NON-INDIVIDUAL)**<br>**[LBR 1002-1(f)]** |

☒  Petition, statement of affairs, schedules or lists          Date filed:  November 9, 2016
☐  Amendments to the petition statements of affairs, schedules or lists     Date filed: _____
☒  Other (specify):  Other petition related documents        Date filed:  November 9, 2016

**PART I – DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

    I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: 11/9/16

Signature (handwritten) of authorized signatory of Filing Party
Joe Scirocco
Printed name of authorized signatory of Filing Party
President
Title of authorized signatory of Filing Party

**PART II – DECLARATION OF ATTORNEY FOR FILING PARTY**

    I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part 1 - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

Date: 11/9/2016

Signature (handwritten) of attorney for Filing Party
Scott F. Gautier
Printed Name of attorney for Filing Party

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*          **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**

## RESOLUTION OF THE BOARD OF DIRECTORS OF
## NASTY GAL INC.
### (a California Corporation)

---

The undersigned, representing the board of directors of Nasty Gal Inc., a California corporation (the "Company"), acting in accordance with the authority of Article II, Sections 2.1 and 2.8 of the Amended and Restated Bylaws, as adopted as of August 3, 2102 (the "Bylaws") are executing this Resolution (this "Resolution") as of this 24th day of October, 2016:

**WHEREAS**, the Board of Directors of the Company at a special meeting held on October 24, 2016, have determined that based upon the circumstances presented including the apparent insolvency of the Company, it is in the best interest of the Company, its creditors, members, employees and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and that it would be advisable to seek to confirm a chapter 11 plan of reorganization or otherwise liquidate the Company for the benefit of the holders of interest therein; therefore, it is

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Central District of California; and it is

**RESOLVED FURTHER**, that Joe Scirocco, President of the Company, be and hereby is authorized to:

a.   Execute, verify or certify, on behalf of the Company, a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in an appropriate United States Bankruptcy Court at such time as the authorized officer executing the petition shall determine is appropriate; and

b. Serve as the authorized officer and responsible person in the chapter 11 case for the Company; and

c.   Employ and designate appropriate officers on behalf of the Company to execute and file all petitions, schedules, lists, statements and other papers and to take any and all actions that any of the authorized officers deem necessary, proper or desirable in connection with the chapter 11 case for the Company with a view toward the successful completion of the case; and

d.   Take all actions, including, without limitation, the retention of counsel, financial advisors, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor or debtor in possession under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his/her judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED FURTHER**, that the Company be, and hereby is, authorized to employ on a general retainer the law firm of Robins Kaplan LLP ("RK") or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the chapter 11 case for the Company; and it is

**RESOLVED FURTHER**, that the Company and/or RK be, and hereby is, authorized to employ, on a general retainer, a firm that is approved by the authorized officer to provide financial advisory services in the chapter 11 case for the Company.

**IN WITNESS WHEREOF**, this Authorization is executed by the undersigned as of the day and year first set forth above.

_____
By: Joe Scirocco
Its: President


_____
By: Sophia Amoruso
Its: Secretary

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Scott F. Gautier**<br>**ROBINS KAPLAN LLC**<br>**2049 Century Park East**<br>**Suite 3400**<br>**Los Angeles, CA 90067**<br>**310 552-0130 Fax: 310 229-5800**<br>California State Bar Number: **211742**<br>**sgautier@robinskaplan.com** | |
| ☑ *Attorney for: Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    **Nasty Gal Inc.**<br><div align="right">Debtor(s),</div><br><div align="right">Plaintiff(s),</div><br><br><br><div align="right">Defendant(s).</div> | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    __Joe Scirocco_____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
- ☐ I am the president or other officer or an authorized agent of the Debtor corporation
- ☐ I am a party to an adversary proceeding
- ☐ I am a party to a contested matter
- ☐ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  November 9 , 2016

By:  _____
    Signature of Debtor, or attorney for Debtor

Name:  **Joe Scirocco, President**
    Printed name of Debtor, or attorney for
    Debtor

Common Stock
The Sophia Christina Amoruso
Revocable Trust u/a/d 10/30/2012

Sophia christina Amoruso, Trustee
of the Amoruso Exempt Remainder Truste
u/a/d 7/6/2012

Series A Preferred
Index Ventures Growth II (Jersey), LP

Series B Preferred
Index Ventures Growth II (Jersey), LP

Series C Preferred
Index Ventures Growth II (Jersey), LP
Sophia Amoruso
Stamos & Johnson Fund I, L.P.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    **F 1007-4.CORP.OWNERSHIP.STMT**

## United States Bankruptcy Court
### Central District of California

In re    **Nasty Gal Inc.**
_____

                                          Case No. _____
                    Debtor(s)             Chapter    **11**    _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See attached list** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **November 9, 2016**              Signature    _____
_____                       **Joe Scirocco**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Generated: 9/27/2016 12:35:53 PM PST

## Nasty Gal Inc.
## Detailed Capitalization
### As of 9/27/2016
### Issued/Outstanding and As-Converted Shares (combined)
### SSN/Tax ID = Excluded

| Holder Name | Common Stock | SERIES A PREFERRED Outstanding | SERIES A PREFERRED Conversion 1.058804106:1 | SERIES B PREFERRED Outstanding | SERIES B PREFERRED Conversion 1.120371687: | SERIES C PREFERRED Outstanding | SERIES C PREFERRED Conversion 1:1 |
|---|---|---|---|---|---|---|---|
| The Sophia Christina Amoruso 2012 Annuity Trust u/a/d 7/6/2012 2046 Hillhurst Ave #73 Los Angeles, CA 90027 | 2,559,018 | | | | | | |
| The Sophia Christina Amoruso Revocable Trust u/a/d 10/30/2012 2046 Hillhurst Ave #73 Los Angeles, CA 90027 | 88,124,064 | | | | | | |
| Amoruso, Sophia 2046 Hillhurst Avenue #73 Los Angeles, CA  90027 | | | | | | 3,219,787 | 3,219,787 |
| Anders, Michael 248 E 30th Street, Apt 3 New York, NY  10016 | | | | | | 40,247 | 40,247 |
| Andresen, Cindy 4847 Dempsey Ave Encino, CA  91436 | 6,760 | | | | | | |
| Aquino, Francis 1071 Le Claire Place Los Angeles, CA  90019 | 5,416 | | | | | | |
| Azoff MSG Entertainment LLC 1100 Glendon Avenue, Suite 2000 Los Angeles, CA  90024 | | | | | | 1,609,893 | 1,609,893 |
| Bakhtiari, Sina 3647 Jasmine Avenue #105 Los Angeles, CA  90034 | 5,000 | | | | | | |
| Ballester, Gareth | | | | | | | |

| Name / Address | | |
|---|---|---|
| Beedy, Saga<br>4040 Casitas Pass Road<br>Ventura, CA  93001 | 2,290 | |
| Behravan, Isabella<br>4556 Melbourne Ave<br>Los Angeles, CA  90027 | 2,500 | |
| Binder, Jaclyn<br>2840 Partridge Avenue #3<br>Los Angeles, CA  90039 | 24,580 | |
| Borchart, Katherine<br>3400 La Clede Avenue<br>Los Angeles, CA  90039 | 1,667 | |
| Bottiani, Andrea<br>1336 Camino Manadero<br>Santa Barbara, CA  93111 | 3,224 | |
| Casas, Jacqueline<br>3951 Paseo Grande<br>Moraga, CA  94556 | 3,541 | |
| Clement, Lark<br>3615 Tilden Avenue<br>Los Angeles, CA  90034 | 76,473 | |
| Coelen, Anne<br>5743 Wish Avenue<br>Encino, CA  91316 | 35,415 | |
| Domijan, Stacey<br>3522 Chesapeake Ave<br>Los Angeles, CA  90016 | 3,432 | |
| Dunn, Andrew R<br>45 W. 25th Street, Floor 5<br>New York, NY  10010 | 80,494 | 80,494 |
| Farahmand, Houman<br>25402 Barents Street<br>Laguna Hills, CA  92653 | 2,708 | |
| Fellner, Michael<br>3221 West Temple Street<br>Apartment 404<br>Los Angeles, CA  90026 | 14,000 | |

| | | | |
|---|---|---|---|
| F&W Investment, L.P. - Series 2015<br>801 California Street<br>Mountain View, CA  94041 | | 120,742 | 120,742 |
| Franczak, Elizabeth<br>4437 Ambrose Ave #37<br>Los Angeles, CA  90027 | 3,020 | | |
| Fried, Dana<br>25228 Favoloso Ct.<br>Valencia, CA  91381 | 262,196 | | |
| Godshaw, Sarah<br>312 W. 5th Street #418<br>Los Angeles, CA  90013 | 2,600 | | |
| Gonzales, Cynthia<br>729 Broadway Street<br>Venice, CA  90291 | 1,979 | | |
| Grapentin, Amber<br>4836 Saint Andres Avenue<br>La Verne, CA  91750 | 3,124 | | |
| Gupta, Namita<br>44255 View Point Circle<br>Fremont, CA  94539 | 1,458 | | |
| Heo, Suzan<br>621 S. Spring Street Apt 504<br>Los Angeles, CA  90014 | 1,666 | | |
| The Higa Family Trust Dated January 11,<br>2007<br>1751 Campbell Avenue<br>San Jose, CA  95125 | | 64,395 | 64,395 |
| Ho, Jennifer<br>1316 Bedford Rd<br>San Marino, CA  91108 | 1,250 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Index Ventures Growth II (Jersey), LP<br>c/o Index Ventures; 3 Burlington Gardens<br>London<br>Other<br>W1S3EP<br>United Kingdom | 291,930 | 8,789,339 | 9,306,188 | 17,009,591 | 19,057,064 | 7,833,177 | 7,833,177 |
| Index Ventures Growth II Parallel<br>Entrepreneur Fund (Jersey), LP<br>c/o Index Ventures; 3 Burlington Gardens<br>London<br>Other<br>W1S3EP<br>United Kingdom | 4,320 | 130,066 | 137,714 | 251,709 | 282,008 | 115,672 | 115,672 |
| Kaktus Capital, Inc.<br>PO Box 10820<br>Jackson, WY  83002 | 1,584,475 | | | | | | |
| King, Elyse<br>810 S. Flower Street #1203<br>Los Angeles, CA  90017 | 47,619 | | | | | | |
| Lewis, Jay<br>PO Box 830<br>Glendale, CA  91209 | 5,000 | | | | | | |
| Lieberberg, Rosa<br>418 N. Alfred Street<br>Los Angeles, CA  90048 | 5,833 | | | | | | |
| Lowe, Courtney<br>4432 Victoria Park Drive<br>Los Angeles, CA  90019 | 2,500 | | | | | | |
| McCalmont, Lauren<br>312 W. 5th St., Apt 418<br>Los Angeles, CA  90013 | 7,280 | | | | | | |
| McCulloch, Margaret<br>3001 Marathon Street<br>Los Angeles, CA  90026 | 3,958 | | | | | | |

| | | | |
|---|---|---|---|
| McElwee, Kari<br>756 Isabel St.<br>Los Angeles, CA  90065 | 1,872 | | |
| Meehan, Bryan<br>450 Belvedere Avenue<br>Belvedere, CA  94920 | | 402,473 | 402,473 |
| Mercado, Theresa<br>3792 Valleybrink Road<br>Los Angeles, CA  90039 | 18,400 | | |
| Miyazaki, Natashia<br>810 S. Spring Street, Unit 306<br>Los Angeles, CA  90014 | 2,080 | | |
| Nagy, Kaitlyn<br>2013 Echo Park Avenue<br>Los Angeles, CA  90026 | 5,416 | | |
| Nishimoto, Stacey<br>111 W. 7th Street #715<br>Los Angeles, CA  90014 | 30,000 | | |
| Omsap, Marisa<br>1491 Cheviotdale Drive<br>Pasadena, CA  91105 | 4,583 | | |
| Pak, Jacqueline<br>529 Spencer Street<br>Glendale, CA  91202 | 51,870 | | |
| Park, Linda<br>3125 Carlyle Street Apt 19<br>Los Angeles, CA  90065 | 1,064 | | |
| Pina, Valeria<br>2915 Swan Place<br>Los Angeles, CA  90026 | 2,708 | | |
| Pistar, Sibel<br>912 Farnam Street<br>Los Angeles, CA  90042 | 1,562 | | |
| Prince, Galit<br>3149 Hutton Drive<br>Beverly Hills, CA  90210 | 2,128 | | |

| | | | | | |
|---|---|---|---|---|---|
| Rimestad, Lonna (Bell)<br>3237 Gene Lane<br>Haltom City, TX  76117 | 68,412 | | | | |
| Ryf Doucedame, Jennifer<br>745 E. Avenue 43<br>Los Angeles, CA  90031 | 1,562 | | | | |
| Saberi, Farah<br>801 1/2 E Kensington Road<br>Los Angeles, CA  90026 | 2,708 | | | | |
| Sophia Christina Amoruso, Trustee of The Amoruso Exempt Remainder Trust u/a/d 7/6/2012<br>2046 Hillhurst Avenue #73<br>Los Angeles, CA  90027 | 8,510,638 | | | | |
| Stamos + Johnson Fund I, L.P.<br>2498 Sand Hill Road<br>Menlo Park, CA  94025 | | | | 11,768,320 | 11,768,320 |
| Supan, Julie<br>135 Cedro Ave.<br>San Francisco, CA  94127 | 49,780 | 219 | 245 | | |
| Syms, Martine<br>439 S. Hobart Blvd #102<br>Los Angeles, CA  90020 | 1,874 | | | | |
| Tapp-Wilkinson, Molly<br>830 Tularosa Drive #2<br>Los Angeles, CA  90026 | 6,458 | | | | |
| Teckchandani, Pooja<br>11634 Gorham Avenue #204<br>Los Angeles, CA  90049 | 52,499 | | | | |
| Thrive Capital Partners II, LP<br>295 Lafayette Street, Suite 701<br>New York, NY  10012 | | 873,990 | 979,194 | 402,473 | 402,473 |
| Trapani, Paul<br>779 32nd Avenue<br>San Francisco, CA  94121 | 25,000 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trujillo-Barber, Tammy<br>10648 Woodbridge Street, Unit 301<br>Toluca Lake, CA  91602 | 3,541 | | | | | | |
| Truong, Jonathan<br>15300 Magnolia St Spc 4<br>Westminister, CA  92683 | 2,500 | | | | | | |
| Weisberger-Kaufman, Lily<br>916 S. Orange Grove Avenue<br>Los Angeles, CA  90036 | 3,125 | | | | | | |
| Whitman, Camilla Z<br>2649 Medlow Avenue<br>Los Angeles, CA  90065 | 4,791 | | | | | | |
| Williams, Lisa<br>3674 16th Street<br>San Francisco, CA  94114 | 2,708 | | | | | | |
| Wu, Feng<br>6816 Sultana Avenue<br>San Gabriel, CA  91775 | 10,000 | | | | | | |
| Yucca (Jersey) SLP<br>c/o Index Ventures; 3 Burlington Gardens<br>London<br>Other<br>W1S3EP<br>United Kingdom | | | | | | 100,618 | 100,618 |
| Yucca (Jersey) SLP (on behalf of the Index<br>Co-Investment Scheme)<br>c/o Index Ventures; 3 Burlington Gardens<br>London<br>Other<br>W1S3EP<br>United Kingdom | 3,750 | 112,903 | 119,542 | 218,497 | 244,798 | | |
| Zelenak, Evan<br>377 Western Drive<br>Radcliff, NY  40160 | 2,708 | | | | | | |

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Los Angeles                                        , California.

Date:    **November** 9 **, 2016**

**Joe Scirocco**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name  **Nasty Gal Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __November 9 , 2016__        X _____
                                              Signature of individual signing on behalf of debtor

                                           **Joe Scirocco**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Nasty Gal Inc.** _____   Case No. _____
Debtor(s)   Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly Rates** |
| Prior to the filing of this statement I have received | $ | **$302,139.85** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Post-petition services provided at standard hourly rates.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 9, 2016** _____   /s/ Scott F. Gautier _____
_Date_   **Scott F. Gautier 211742**
_Signature of Attorney_
**Robins Kaplan LLP**
**2049 Century Park East**
**Suite 3400**
**Los Angeles, CA 90067**
**310 552-0130  Fax: 310 229-5800**
**sgautier@robinskaplan.com**
_Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Scott F. Gautier**<br>**2049 Century Park East**<br>**Suite 3400**<br>**Los Angeles, CA 90067**<br>**310 552-0130 Fax: 310 229-5800**<br>California State Bar Number: **211742**<br>sgautier@robinskaplan.com | |
| ☐   *Debtor(s) appearing without an attorney*<br>■   *Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Nasty Gal Inc.**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __212__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  November 7, 2016

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  November 9 2016

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**