PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4520 telephone
(213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | |
|---|---|
| In re: | Case No.: 2:16-bk-24862 BB |
| Nasty Gal Inc. | Chapter 11 |
| Debtor. | NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: Nov 18, 2016

PETER C. ANDERSON
**UNITED STATES TRUSTEE**

By: _/s/ Jill M. Sturtevant_
Jill M. Sturtevant
Assistant United States Trustee

1

**EXHIBIT "A"**

In re: Nasty Gal Inc.; 2:16-bk-24862 BB

Cotton Candy LA
Attn: Eung Jin Kim
735 E. 12th Street #103
Los Angeles, CA 90021
Telephone: (323) 233-6600
E-mail: accounting@cottoncandyla.com

KPN Apparel, LLC dba Dance & Marvel
Attn: Emma Kang
2460 E. 12th St., #D
Los Angeles, CA 90021
Telephone: (213) 622-0128
E-mail: EmmaKang@DanceandMarvel.com

Melt Wearhouse LLC
Attn: Christopher Powell
6111 S. Gramercy Place, Units 2 & 6
Los Angeles, CA 90047
Telephone: (213) 232-1131
E-mail: chris@meltmanagement.com

Olivaceous
Attn: Jahee K. Jung
1041 Towne Avenue
Los Angeles, CA 90021
Telephone: (213) 623-1115
E-mail: jimmy.olivaceous@gmail.com

BNB Footwear
Attn: Robert Keely
2330 Pontius Ave #101
Los Angeles, CA 90064
Telephone: (310) 473-7707
E-mail: Rkeely@BNBfootwear.com

///

///

///

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd, Suite 1850, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __11/18/16__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On __11/18/16__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __11/18/16__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/18/16 | Sonny Flores | /s/ Sonny Flores |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Lorie A Ball (**debtor's counsel**)    LBall@robinskaplan.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Scott Ewing    contact@omnimgt.com, sewing@omnimgt.com;katie@omnimgt.com
Scott F Gautier    sgautier@robinskaplan.com
Michael S Greger    mgreger@allenmatkins.com
Steven T Gubner    sgubner@brutzkusgubner.com, ecf@brutzkusgubner.com
Kevin H Jang    khjlawcorp@gmail.com, info.Khjlawcorp@gmail.com
Ron Maroko    ron.maroko@usdoj.gov
Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
J. Alexandra Rhim    arhim@hemar-rousso.com
Victor A Sahn    vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com
Benjamin Seigel    bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
David Samuel Shevitz    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL:**
   **Unsecured Creditor's Committee**
   Cotton Candy LA
   Attn: Eung Jin Kim
   735 E. 12th Street #103
   Los Angeles, CA 90021

   KPN Apparel, LLC dba Dance & Marvel
   Attn: Emma Kang
   2460 E. 12th St., #D
   Los Angeles, CA 90021

   Melt Wearhouse LLC
   Attn: Christopher Powell
   6111 S. Gramercy Place, Units 2 & 6
   Los Angeles, CA 90047

   Olivaceous
   Attn: Jahee K. Jung
   1041 Towne Avenue
   Los Angeles, CA 90021

(**continued on next page**)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F.9013-3.1.PROOF.OF.SERVICE**

BNB Footwear
Attn: Robert Keely
2330 Pontius Ave #101
Los Angeles, CA 90064

3. **SERVED BY FEDERAL EXPRESS:**
   U.S. Bankruptcy Court
   255 E. Temple Street, Room 940
   Los Angeles, CA 90012
   Attn: Mail Room Clerk - Judges Copy

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F.9013-3.1.PROOF.OF.SERVICE**