**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Nasty Gal Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:16-bk-24862-BB** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

2. **Cash on hand** — $3,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. See Attached Exhibit 1 | | | $3,853,955.00 |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. None | $0.00 |

5. **Total of Part 1.**    $3,856,955.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   7.1. **Deposits (as of 11/19/16)**    $1,940,659.00

   Utilities  35,966
   Rent  11,300

Debtor **Nasty Gal Inc.** Case number *(If known)* **2:16-bk-24862-BB**
Name

    **Rent  60,500**
    **Service Provider  178,700**
    **Braintree Reserve  1,500,000**
    **Go Interpay Reserve  154,193**

    **Braintree Reserve  1,500,000**

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment
       **As of 11/19/16**

       **Inventory $395,812**
       **Supplies $142,632**
       **Other $203,807**
       **Insurance $216,252**

       **Software $42,518**
   8.1. **Insurance $205,248**      **$958,503.00**

---

9. **Total of Part 2.**      **$2,899,162.00**
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | **486,935.00** | - | **0.00** | = .... | **$486,935.00** |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**      **$486,935.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 19. **Raw materials** **Fabric** | **2/29/2016** | **$150,000.00** | **Recent cost** | **$150,000.00** |

| Debtor | Nasty Gal Inc. | Case number *(If known)* | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

20. **Work in progress**
    **Company does not track**
    **WIP**                                                         $0.00          N/A                        $0.00

21. **Finished goods, including goods held for resale**
    **Total inventory**              2/29/2016              **Unknown**     **Recent cost**        $9,753,520.00

22. **Other inventory or supplies**

23. **Total of Part 5.**                                                                                    $9,903,520.00
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value         1413166     Valuation method    **Cost**      Current Value         1413166

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture and fixtures** | $1,298,346.00 | Recent cost | $1,298,346.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **$116,658 - computer** **$4,268,700 - software** | $0.00 | Recent cost | $4,385,358.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

| Debtor | Nasty Gal Inc. | Case number (If known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

| 43. | **Total of Part 7.** | | **$5,683,704.00** |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

### Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. Automobiles | $0.00 | | $6,637.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Machinery = $1,011,178<br>Leasehold Improvements = $4,462,917 | $0.00 | | $5,474,095.00 |
|---|---|---|---|---|

| 51. | **Total of Part 8.** | | **$5,480,732.00** |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other | Nature and extent of debtor's interest | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Nasty Gal Inc.** | Case number *(If known)* **2:16-bk-24862-BB** |
|---|---|---|
| | Name | |

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **in property** | | | |
|---|---|---|---|---|
| 55.1. **No real property; See Schedule G for leases** | | **$0.00** | **Recent cost** | **$0.00** |

56. **Total of Part 9.**  $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** See Exhibit 2 - list of intellectual property | Unknown | | Unknown |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**  $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | **Nasty Gal Inc.** | Case number *(If known)* | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Nasty Gal Inc.**                                           Case number *(If known)* **2:16-bk-24862-BB**
        Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,856,955.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,899,162.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $486,935.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,903,520.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,683,704.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,480,732.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $28,311,008.00    + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $28,311,008.00 |

# EXHIBIT 1

## SCHEDULE A/B: ASSETS PART 1

Date of disclosure: 11/21/2016

| | | Last Four Digits of AC | Financial Institution | Account Type (Depository / Securities) | Account Balance | Purpose of Account |
|---|---|---|---|---|---|---|
| DEBTOR | | | | | | |
| NASTY GAL, INC | 1 | 7741 | SQUARE ONE | CHECKING | $293,416 | PRIMARY CHECKING |
| 523 W 6TH STREET | 2 | 3285 | SQUARE ONE | DEPOSITORY | $0 | CHECKING (SWEEP) |
| SUITE 330 | 3 | 9960 | B OF A | DEPOSITORY | $59,560 | STORE – S.MONICA |
| LOS ANGELES, CA 90014 | 4 | 9973 | B OF A | DEPOSITORY | $0 | STORE-MELROSE (SWEEP) |
| | 5 | 1638 | B OF A (DIP) | CHECKING | $1,237,791 | PRIMARY CHECKING |
| | 6 | 1641 | B OF A (DIP) | CHECKING | $0 | PAYROLL |
| | 7 | 1667 | B OF A (DIP) | CHECKING | $0 | TAXES |
| | 8 | 1167 | B OF A (DIP) | DEPOSITORY | $0 | STORE-MELROSE (SWEEP) |
| | 9 | 1670 | B OF A (DIP) | DEPOSITROY | $0 | STORE-S.MONICA (SWEEP) |
| | 10 | payments@shopnastygal.com | PAYPAL BANK | DEPOSITORY | $630,187 | PROCESSING PORTAL RECEIPTS |
| | 6 | 4933 | SQUARE ONE | MONEY MARKET | $769,731 | CASH COLLATERAL SUPPORTING LETTER OF CREDIT TO W 6TH STREET, LA OFFICE LANDLORD |
| | 7 | 2152 | SQUARE ONE | MONEY MARKET | $800,251 | CASH COLLATERAL SUPPORTING LETTER OF CREDIT TO SANTA MONICA RETAIL STORE LANDLORD |
| | 8 | 5036 | SQUARE ONE | MONEY MARKET | $63,019 | CASH COLLATERAL SUPPORTING LETTER OF CREDIT TO MELROSE, LA RETAIL STORE LANDLORD |

# EXHIBIT 2

# Nasty Gal Inc.

*Trademark Status Report (by mark)*

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| AFTER PARTY | Canada | 25 | 7/16/2013 | 1635379 | 6/27/2016 | TMA941763 | Registered |
| AFTER PARTY | European Union | 18; 25; 35 | 6/24/2013 | 011927365 | 11/15/2013 | 011927365 | Registered |
| AFTER PARTY | United States | 25 | 7/2/2013 | 86000955 | 4/28/2015 | 4728316 | Registered |
| AFTER PARTY BY NASTY GAL | Australia | 25 | 7/3/2013 | 1566249 | 2/5/2014 | 1566249 | Registered |
| AFTER PARTY BY NASTY GAL | Canada | 25 | 7/16/2013 | 1635380 | | | Allowed |
| AFTER PARTY BY NASTY GAL | European Union | 18; 25; 35 | 6/24/2013 | 011927571 | 11/15/2013 | 011927571 | Registered |
| AFTER PARTY BY NASTY GAL | United States | 25 | 7/2/2013 | 86000962 | 4/28/2015 | 4728317 | Registered |
| LIPS AND TONGUE Logo | United States | 25; 35 | 2/23/2016 | 86917053 | | | Pending |
| NASTY GAL | Argentina | 25 | 11/21/2011 | 3130140 | 1/4/2013 | 2554092 | Registered |
| NASTY GAL | Argentina | 35 | 11/21/2011 | 3130141 | 1/4/2013 | 2554093 | Registered |
| NASTY GAL | Australia | 03; 09; 14 | 6/26/2013 | 1564847 | 1/29/2014 | 1564847 | Registered |
| NASTY GAL | Australia | 25; 35 | 11/21/2011 | 1460581 | 6/18/2012 | 1460581 | Registered |
| NASTY GAL | Bahamas | 38 | 3/13/2012 | 035639 | | | Published |
| NASTY GAL | Bahamas | 39 | 3/13/2012 | 035638 | | | Published |
| NASTY GAL | Bahrain | 25 | 1/31/2012 | 90496 | 1/31/2012 | 90496 | Registered |
| NASTY GAL | Bahrain | 35 | 1/31/2012 | 90497 | 1/31/2012 | 90497 | Registered |
| NASTY GAL | Bermuda | 25 | 3/16/2012 | 51564 | | | Pending |
| NASTY GAL | Bermuda | 35 | 3/16/2012 | 51565 | 4/8/2016 | 51565 | Registered |
| NASTY GAL | Brazil | 25 | 11/18/2011 | 904264475 | 1/21/2015 | 904264475 | Registered |
| NASTY GAL | Brazil | 35 | 11/22/2011 | 831266635 | | | Suspended |
| NASTY GAL | Canada | 25; 35 | 11/22/2011 | 1553203 | 11/20/2014 | TMA890413 | Registered |
| NASTY GAL | Canada | CG | 7/16/2013 | 1635378 | | | Allowed |
| NASTY GAL | Chile | 25 | 12/27/2011 | 985504 | 3/7/2013 | 997484 | Registered |
| NASTY GAL | Chile | 35 | 12/27/2011 | 985505 | 3/7/2013 | 997486 | Registered |
| NASTY GAL | Colombia | 25 | 11/18/2011 | 11157825 | 1/9/2015 | 507288 | Registered |

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| NASTY GAL | Colombia | 35 | 11/18/2011 | 11157816 | 3/17/2014 | 488290 | Registered |
| NASTY GAL | Costa Rica | 25 | 11/25/2011 | 201111700 | 8/13/2012 | 220480 | Registered |
| NASTY GAL | Costa Rica | 35 | 11/25/2011 | 201111699 | 7/20/2012 | 219539 | Registered |
| NASTY GAL | Croatia | 25; 35 | 12/14/2011 | Z20112174A | 9/12/2012 | Z20112174 | Registered |
| NASTY GAL | Dominican Republic | 25; 35 | 12/21/2011 | 201130254 | 3/19/2012 | 193676 | Registered |
| NASTY GAL | Egypt | 25 | 11/24/2011 | 267713 | | | Published |
| NASTY GAL | Egypt | 35 | 11/24/2011 | 267714 | | | Published |
| NASTY GAL | European Union | 03; 09; 18 | 7/3/2013 | 011952421 | 11/28/2013 | 011952421 | Registered |
| NASTY GAL | European Union | 14; 25; 35 | 11/21/2011 | 010430189 | 4/26/2012 | 010430189 | Registered |
| NASTY GAL | Hong Kong | 25; 35 | 11/21/2011 | 302091366 | 9/12/2012 | 302091366 | Registered |
| NASTY GAL | Iceland | 25; 35 | 11/21/2011 | 32172011 | 3/1/2012 | 2402012 | Registered |
| NASTY GAL | Israel | 25; 35 | 11/20/2011 | 242232 | 5/5/2013 | 242232 | Registered |
| NASTY GAL | Japan | 25; 35 | 11/24/2011 | 2011084179 | 5/25/2012 | 5495981 | Registered |
| NASTY GAL | Malaysia | 25 | 11/18/2011 | 2011054879 | 3/9/2013 | 2011054879 | Registered |
| NASTY GAL | Malaysia | 35 | 11/18/2011 | 2011054880 | 2/26/2013 | 2011054880 | Registered |
| NASTY GAL | Mexico | 25 | 12/15/2011 | 1236780 | 9/24/2012 | 1312708 | Registered |
| NASTY GAL | Mexico | 35 | 12/15/2011 | 1236822 | 9/24/2012 | 1313215 | Registered |
| NASTY GAL | New Zealand | 25; 35 | 11/18/2011 | 852637 | 5/19/2012 | 852637 | Registered |
| NASTY GAL | Norway | 14; 25; 35 | 12/8/2011 | 201114119 | 4/24/2012 | 265131 | Registered |
| NASTY GAL | Peru | 25 | 12/14/2011 | 4769072011 | 3/30/2012 | 00186441 | Registered |
| NASTY GAL | Peru | 35 | 12/14/2011 | 4769062011 | 3/30/2012 | 00071140 | Registered |
| NASTY GAL | Philippines | 25; 35 | 12/9/2011 | 42011014702 | 5/11/2012 | 42011014702 | Registered |
| NASTY GAL | Saudi Arabia | 25 | 11/29/2011 | 175103 | 7/9/2013 | 147180 | Registered |
| NASTY GAL | Saudi Arabia | 35 | 11/29/2011 | 175102 | 2/27/2014 | 143300351 | Registered |
| NASTY GAL | Singapore | 25; 35 | 11/23/2011 | T1116460H | 1/4/2013 | T1116460H | Registered |
| NASTY GAL | South Africa | 25 | 11/23/2011 | 201130149 | 1/6/2014 | 201130149 | Registered |
| NASTY GAL | South Africa | 35 | 11/23/2011 | 201130150 | 1/6/2014 | 201130150 | Registered |
| NASTY GAL | South Korea | 25; 35 | 12/8/2011 | 4520110005639 | 3/28/2013 | 450044151 | Registered |
| NASTY GAL | Switzerland | 25; 35 | 11/23/2011 | 631102011 | 3/15/2012 | 627086 | Registered |

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| NASTY GAL | Taiwan | 25; 35 | 12/16/2011 | 100064852 | 10/16/2012 | 01543271 | Registered |
| NASTY GAL | Thailand | 35 | 12/1/2011 | 827796 | 3/25/2013 | SM57194 | Registered |
| NASTY GAL | Turkey | 25; 35 | 1/9/2012 | 201202369 | 4/3/2013 | 201202369 | Registered |
| NASTY GAL | United Arab Emirates | 25 | 1/18/2012 | 168060 | 3/25/2013 | 168060 | Registered |
| NASTY GAL | United Arab Emirates | 35 | 1/18/2012 | 168061 | 3/25/2013 | 168061 | Registered |
| NASTY GAL | United States | 03; 09; 14 | 6/19/2013 | 85964637 | | | Allowed |
| NASTY GAL | United States | 18 | 3/28/2016 | 86955621 | | | Pending |
| NASTY GAL | United States | 25 | 3/3/2010 | 77949179 | 12/3/2013 | 4444069 | Registered |
| NASTY GAL | United States | 35 | 3/3/2010 | 77949164 | 5/3/2011 | 3953331 | Registered |
| NASTY GAL | Uruguay | 25; 35 | 11/30/2011 | 429938 | 4/1/2013 | 429938 | Registered |
| NASTY GAL (stylized) | Australia | 25; 35 | 8/28/2012 | 1510890 | 6/17/2013 | 1510890 | Registered |
| NASTY GAL (stylized) | Canada | 25; 35 | 9/19/2012 | 1594906 | 11/23/2015 | TMA920989 | Registered |
| NASTY GAL (stylized) | European Union | 14; 25; 35 | 9/3/2012 | 011157112 | 1/29/2013 | 011157112 | Registered |
| NASTY GAL (stylized) | Thailand | 25 | 10/17/2012 | 867141 | 6/16/2014 | TM380894 | Registered |
| NASTY GAL (stylized) | United States | 25; 35 | 8/27/2012 | 85713556 | 6/10/2014 | 4548339 | Registered |
| NASTY GALAXY | United States | 16; 25; 41 | 2/18/2016 | 86912642 | | | Pending |
| NASTY GALLERY | United States | 41; 45 | 10/5/2012 | 85746814 | 5/3/2016 | 4951612 | Registered |
| NASTYGAL (and in Chinese characters) | China | 35 | 9/24/2012 | 11532620 | 2/28/2014 | 11532620 | Registered |
| NASTYGAL (in Chinese characters) | China | 25 | 9/24/2012 | 11532619 | 2/28/2014 | 11532619 | Registered |
| NASTYGAL (in Chinese characters) | China | 35 | 9/24/2012 | 11532618 | 2/28/2014 | 11532618 | Registered |
| SHOE CULT | Australia | 25; 35 | 7/31/2013 | 1571710 | 1/15/2014 | 1571710 | Registered |
| SHOE CULT | Canada | CG; CS; 25; 35 | 8/7/2013 | 1638548 | | | Allowed |
| SHOE CULT | China | 25 | 6/4/2013 | 12700811 | 10/21/2014 | 12700811 | Registered |
| SHOE CULT | China | 35 | 6/4/2013 | 12700810 | 10/21/2014 | 12700810 | Registered |
| SHOE CULT | European Union | 14; 25; 35 | 7/31/2013 | 012027942 | 12/26/2013 | 012027942 | Registered |
| SHOE CULT | United States | 25; 35 | 6/19/2013 | 85964684 | 6/10/2014 | 4549130 | Registered |
| SHOE CULT BY NASTY GAL | Australia | 25; 35 | 1/17/2013 | 1536308 | 5/15/2013 | 1536308 | Registered |
| SHOE CULT BY NASTY GAL | Canada | 25; 35 | 1/18/2013 | 1610514 | 1/14/2016 | TMA926023 | Registered |
| SHOE CULT BY NASTY GAL | European Union | 14; 25; 35 | 1/18/2013 | 011500361 | 6/14/2013 | 011500361 | Registered |

| Trademark | Country | Class | App. Date | App. No. | Reg. Date | Reg. No. | Status |
|---|---|---|---|---|---|---|---|
| SHOE CULT BY NASTY GAL | United States | 25; 35 | 8/1/2012 | 85692569 | 10/29/2013 | 4426477 | Registered |
| SHOE CULT BY NASTY GAL (stylized) | China | 25 | 6/5/2013 | 12708031 | 10/21/2014 | 12708031 | Registered |
| SUPER NASTY | Australia | 16; 41 | 1/17/2013 | 1536309 | 5/29/2013 | 1536309 | Registered |
| SUPER NASTY | Canada | CS; 16; 35; 41 | 1/18/2013 | 1610509 | 1/14/2016 | TMA926024 | Registered |
| SUPER NASTY | China | 16 | 6/5/2013 | 12708030 | 10/21/2014 | 12708030 | Registered |
| SUPER NASTY | China | 41 | 6/21/2013 | 12788104 | 12/28/2014 | 12788104 | Registered |
| SUPER NASTY | European Union | 09; 16; 41 | 1/18/2013 | 011500006 | 6/14/2013 | 011500006 | Registered |
| SUPER NASTY | United States | 16; 41 | 7/19/2012 | 85682100 | 10/22/2013 | 4422832 | Registered |

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001872765 / 2013-05-07

Application Title: MercedesLeopardShoes.

Title:               MercedesLeopardShoes.

Description:         Electronic file (eService)

Copyright Claimant:
                     Nasty Gal Inc.

Date of Creation:    2011

Date of Publication:
                     2011-11-20

Nation of First Publication:
                     United States

Authorship on Application:
                     Nasty Gal Inc., employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: photograph(s)

Rights and Permissions:
                     Nasty Gal Inc. - Legal Department, 523 W. 6th Street, Suite
                        330, Los Angeles, CA, 90014, United States

Names:               Nasty Gal Inc.

===========================================================================

Type of Work:        Recorded Document

Document Number:     V9909D361

Date of Recordation:
                     2014-03-27

Entire Copyright Document:
                     V9909 D361 P1-6

Date of Execution: as of 11Feb14

Date of Certification:
                     03/26/2014

Registration Number Not Verified:
                     VA1872765

Title:               MercedesLeopardShoes;  Reg. VA1872765.

Notes:               Intellectual property security agreement.

Party 1:             Nasty Gal, Inc.
```

```
Party 2:          Square 1 Bank

Names:            Nasty Gal, Inc.
                  Square 1 Bank
```

================================================================================

# Domains

| Zone | Registrar | Zone Hosting | Comment |
|---|---|---|---|
| iheartvintage.com | MarkMonitor | Dynect | |
| nasty-gals.com | MarkMonitor | | Not configured |
| nastyg.al | MarkMonitor | Dynect | |
| nastygal.ae | MarkMonitor | Dynect | |
| nastygal.al | MarkMonitor | | Not configured |
| nastygal.at | MarkMonitor | | Not configured |
| nastygal.au.com | NOT OWNED | Dynect | Configured but not owned |
| nastygal.be | MarkMonitor | Dynect | |
| nastygal.biz | MarkMonitor | Dynect | |
| nastygal.br | NOT OWNED | Dynect | Configured but not owned |
| nastygal.ca | MarkMonitor | Dynect | |
| nastygal.ch | MarkMonitor | Dynect | |
| nastygal.cl | MarkMonitor | Dynect | |
| nastygal.clothing | MarkMonitor | | Not configured |
| nastygal.co.id | MarkMonitor | MarkMonitor | |
| nastygal.co.il | MarkMonitor | Dynect | |
| nastygal.co.kr | MarkMonitor | Dynect | |
| nastygal.co.nl | NOT OWNED | Dynect | Configured but not owned |
| nastygal.co.nz | MarkMonitor | Dynect | |
| nastygal.co.th | MarkMonitor | | Not configured |
| nastygal.co.uk | MarkMonitor | MarkMonitor | |
| nastygal.com | MarkMonitor | Route53 | |
| nastygal.com.ar | MarkMonitor | Dynect | |
| nastygal.com.au | MarkMonitor | Dynect | |
| nastygal.com.br | MarkMonitor | Dynect | |
| nastygal.com.co | MarkMonitor | Dynect | |
| nastygal.com.cy | MarkMonitor | | Not configured |
| nastygal.com.do | MarkMonitor | | Not configured |
| nastygal.com.ec | MarkMonitor | | Not configured |
| nastygal.com.hk | MarkMonitor | Dynect | |
| nastygal.com.ht | MarkMonitor | | Not configured |
| nastygal.com.jm | MarkMonitor | | Not configured |
| nastygal.com.mx | MarkMonitor | Dynect | |
| nastygal.com.pr | MarkMonitor | | Not configured |
| nastygal.com.pt | MarkMonitor | Dynect | |
| nastygal.com.ru | MarkMonitor | Dynect | |
| nastygal.com.sg | MarkMonitor | Dynect | |
| nastygal.com.tr | MarkMonitor | Dynect | |
| nastygal.com.tt | MarkMonitor | MarkMonitor | |
| nastygal.com.tw | MarkMonitor | Dynect | |
| nastygal.de | MarkMonitor | MarkMonitor | |
| nastygal.dk | MarkMonitor | Dynect | |
| nastygal.do | MarkMonitor | MarkMonitor | |
| nastygal.ec | MarkMonitor | | not configured |
| nastygal.es | MarkMonitor | Dynect | |
| nastygal.fi | MarkMonitor | MarkMonitor | |
| nastygal.fr | MarkMonitor | Dynect | |
| nastygal.hk | MarkMonitor | Dynect | |

| | | | |
|---|---|---|---|
| nastygal.ht | MarkMonitor | | not configured |
| nastygal.ie | MarkMonitor | Dynect | |
| nastygal.is | MarkMonitor | Dynect | |
| nastygal.it | MarkMonitor | Dynect | |
| nastygal.jp | MarkMonitor | Dynect | |
| nastygal.kr | MarkMonitor | Dynect | |
| nastygal.lu | MarkMonitor | MarkMonitor | |
| nastygal.mx | MarkMonitor | | not configured |
| nastygal.my | MarkMonitor | Dynect | |
| nastygal.net | MarkMonitor | Dynect | |
| nastygal.nl | NOT OWNED | Dynect | Configured but not owned by NG? |
| nastygal.no | NOT OWNED | Dynect | Configured but not owned by NG? |
| nastygal.nu | MarkMonitor | Dynect | |
| nastygal.org | MarkMonitor | Dynect | |
| nastygal.ph | MarkMonitor | | not configured |
| nastygal.pr | MarkMonitor | | not configured |
| nastygal.pt | MarkMonitor | Dynect | |
| nastygal.se | MarkMonitor | Dynect | |
| nastygal.sg | MarkMonitor | Dynect | |
| nastygal.tt | MarkMonitor | | not configured |
| nastygal.tw | MarkMonitor | Dynect | |
| nastygal.us | MarkMonitor | Dynect | |
| nastygal.xxx | MarkMonitor | | not configured |
| nastygalclothing.com | MarkMonitor | Dynect | |
| nastygals.net | MarkMonitor | Dynect | |
| nastygals.org | MarkMonitor | Dynect | |
| nastygalshop.com | MarkMonitor | Dynect | |
| nastygalvintage.com | MarkMonitor | Dynect | |
| nastygirl.com | MarkMonitor | MarkMonitor | |
| nastygirlclothing.com | MarkMonitor | Dynect | |
| ngalcdn.com | MarkMonitor | | not configured |
| ngimg.com | GoDaddy | Route53 | |
| nsty.gl | MarkMonitor | Dynect | |
| shoe-cult.com | MarkMonitor | Dynect | |
| shoecult.com | MarkMonitor | Dynect | |
| shopnastygal.cn | MarkMonitor | | not configured |
| shopnastygal.com | GoDaddy | Dynect | |
| shopnastygal.xxx | MarkMonitor | | not configured |
| shopnastygals.com | MarkMonitor | Dynect | |
| shopnastygirls.com | MarkMonitor | Dynect | |
| shopshoecult.com | MarkMonitor | Dynect | |
| supernasty.com | MarkMonitor | Dynect | |
| theshoecult.com | MarkMonitor | Dynect | |
| thevintagestylist.com | MarkMonitor | Dynect | |
| wwwnastygal.com | MarkMonitor | Dynect | |