**Fill in this information to identify the case:**

Debtor name **Nasty Gal Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:16-bk-24862-BB**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Aaron Batista**<br>**441 7th St.**<br>**Santa Monica, CA 90402** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $67,500.00 | $67,500.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Kentucky Department of Revenue**<br>**501 High St**<br>**Frankfort, KY 40601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $116,882.76 | $116,882.76 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Personal Property Taxes for 2013, 2014, and 2015** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,843.00 |
|---|---|---|---|

**1 MODEL MANAGEMENT**
**42 Bond Street**
**2nd Floor**
**New York, NY 10012-2428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0002**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $289,331.55 |
|---|---|---|---|

**523 W 6th ST Property Own**
**PO Box 2185**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0427**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,674.47 |
|---|---|---|---|

**8115 Melrose Ave LLC**
**8745 W 3Rd St**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,725.60 |
|---|---|---|---|

**8230277 CANADA INC**
**7600 Henri Bourassa W**
**Montreal, QC H4S 1W3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,595.90 |
|---|---|---|---|

**A LA MODE CLOTHING TOP CH**
**1015 Crocker St Q 5**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1579**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.15 |
|---|---|---|---|

**A&C SOURCING GROUP LTD**
**1101 Westin Center**
**26 Hung To Road**
**Kwun Tong, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,234.40 |
|---|---|---|---|

**A.J. MORGAN**
**850 S Broadway Ste 202 03**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0322**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Nasty Gal Inc. | | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.76 |
|---|---|---|---|

**A.V. DENIM LLC**
**860 South Los Angeles St**
**Ste 400**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,405.10 |
|---|---|---|---|

**ABLE USA**
**1382 E Washington Blvd**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,965.64 |
|---|---|---|---|

**AETNA**
**PO Box 31001 1408**
**Pasadena, CA 91110-1408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.03 |
|---|---|---|---|

**AETNA INC ALIC**
**PO Box 88863**
**Chicago, IL 60695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,001.58 |
|---|---|---|---|

**AFFORDABLE LUXURY GROUP**
**10 West 33Rd Street**
**Suite 615**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0249

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,688.00 |
|---|---|---|---|

**Agolde**
**5715 Bickett Street**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0226

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,902.15 |
|---|---|---|---|

**AILA BLUE INC**
**1401 Ebbets Drive**
**Reno, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1522

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,075.17** |
|---|---|---|---|
| | **AKAASH**<br>**Gala No 24 25**<br>**Khetani Ind Estate**<br>**Mumbai 400070, India** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **0428** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$231.17** |
|---|---|---|---|
| | **ALESSANDRA CARPINITO**<br>**1050 Wilshire Blvd**<br>**Apt 323**<br>**Los Angeles, CA 90017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$470.40** |
|---|---|---|---|
| | **ALEXANDRA HLAVINKA**<br>**Perpetual Shade Corp**<br>**1632 First Ave 226**<br>**New York, NY 10028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,642.56** |
|---|---|---|---|
| | **ALLIANCE**<br>**Jb11 2Nd Fl Kiriki Extn**<br>**Malviya Nagar**<br>**New Delhi, In 00011-0017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,606.00** |
|---|---|---|---|
| | **ALLIED BARTON**<br>**161 Washington St**<br>**Suite 600**<br>**Conshohocken, PA 19428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,404.80** |
|---|---|---|---|
| | **AMANDA KELLY DESIGN STUDIO**<br>**142 Southwark Bridge Rd**<br>**London Se1 0Dg**<br>**United Kingdom** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,016.39** |
|---|---|---|---|
| | **AMAZON WEB SERVICES**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109-5210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$885.05**

**AMAZON.COM**
**1800 9Th Avenue**
**Seattle, WA 98101-1358**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,082.60**

**AMBIUS**
**PO BOX 14086**
**READING, PA  19612**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$987.84**

**AMERICAN DESIGN CLUB LLC**
**7 Adelphi Street**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,876.74**

**American Recycled**
**1960 W 139Th Street**
**Gardena, CA 90249**

Date(s) debt was incurred _

Last 4 digits of account number  **0118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153,115.51**

**American Vintage**
**8258 Phlox St**
**Downey, CA 90241**

Date(s) debt was incurred _

Last 4 digits of account number  **0295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,930.80**

**AMERICAN ZABIN INT'L**
**Del Valle Station**
**PO Box 15715**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,508.40**

**ANA ACCESSORIES**
**940 Crocker St 101**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.29**

**Nonpriority creditor's name and mailing address**
**ANA PRADO**
**Alcalde Jose Aranda**
**26-9A**
**28923 Alcorcon, Madrid**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$414.13

---

**3.30**

**Nonpriority creditor's name and mailing address**
**ANALYTICS PROS, INC**
**5325 Ballard Ave Nw**
**Suite 300**
**Seattle, WA 98107**

Date(s) debt was incurred __

Last 4 digits of account number  0505

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$18,038.68

---

**3.31**

**Nonpriority creditor's name and mailing address**
**ANB APPAREL INC DBA A PEA**
**735 E 12Th St 106**
**Los Angeles, CA 90021**

Date(s) debt was incurred __

Last 4 digits of account number  1386

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$25,618.65

---

**3.32**

**Nonpriority creditor's name and mailing address**
**ANDARI FASHION INC.**
**9626 Telstar Ave.**
**El Monte, CA 91731**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$675.07

---

**3.33**

**Nonpriority creditor's name and mailing address**
**ANDERSEN TAX LLC**
**Box 200988**
**Pittsburgh, PA 15251-0988**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$7,500.00

---

**3.34**

**Nonpriority creditor's name and mailing address**
**ANDREW J ROQUE**
**630 West 6Th Street**
**Apt 611**
**Los Angeles, CA 90017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$300.00

---

**3.35**

**Nonpriority creditor's name and mailing address**
**ANGELA HOLTZEN**
**324 12 N Balcom**
**Fullerton, CA 92832**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$675.00

---

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,288.00**

**ANITA K JEWELRY**
**2708 Foothill Blvd 305**
**La Crescenta, CA 91214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number  **0343**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anne C. Patin, Esquire**
**Seward & Kissel, LLP**
**One Battery Park Plaza**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,273.19**

**APPAREL UNITED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,127.38**

**AQ/AQ**
**Unit 5**
**Kirkstall Industrial Park**
**Leeds LS4 2AZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,261.25**

**Arc Air Logistics Inc**
**1950 East 220Th St**
**Suite 201**
**Long Beach, CA 90810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number  **0357**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,588.32**

**AREAWARE**
**232 Neilston Street**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,495.03**

**Ark and Co**
**615 E 61St Street**
**Los Angeles, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number  **0069**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Nasty Gal Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **2:16-bk-24862-BB** |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**ARMORY STRATEGIC PARTNERS**
**1230 ROSECRANS AVENUE**
**SUITE 660**
**MANHATTAN BEACH CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,903.15** |
|---|---|---|---|

**ARROW CONTAINER**
**5343 Commerce Square Dr**
**Indianapolis, IN 46237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0463**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00** |
|---|---|---|---|

**ART DEPARTMENT LA, INC**
**2105 Colorado Ave**
**Suite 104**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,548.00** |
|---|---|---|---|

**ARTMIX CREATIVE**
**143 Groverton Place**
**Los Angeles, CA 90077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,466.90** |
|---|---|---|---|

**ASILIO**
**Prime Business Credit**
**File 741084**
**Los Angeles, CA 90074-1084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0031**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**At T U Verse**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **9532**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.01** |
|---|---|---|---|

**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$647.20**

**AVID APPAREL**
**K 47 Sector Xi**
**Noida Np 201301**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,272.92**

**AWCC Corporation**
**434 N Coast Hwy**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  1631

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,501.60**

**AYA BY DK, LLC**
**112 W9Th Street 1009**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169.29**

**AZUCENA VILLALTA**
**2614 Exposition Place**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,329.04**

**B Low The Belt**
**7625 Hayvenhurst Ave**
**Unit 23**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0033

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,509.45**

**BAGATELLE**
**8225 Mayrand Street**
**Suite 201**
**Montreal, QC H4P CC7, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0165

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,332.00**

**BANDIT BRAND**
**PO Box 344**
**North Fork, CA 93643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$169,030.84**

**Bardot**
**63 Victoria Cresent**
**Abbotsford Vic 03067 0000**
**Vic 03067 0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number  0635**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,468.40**

**BEACH JOY**
**807 E 12Th St 216**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$161.70**

**BECARRO INTERNATIONAL**
**1730 Corporate Drive**
**Boynton Beach, FL 33426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,274.00**

**BEMINE NYC INC.**
**19 W 34Th Street**
**Suite 806**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,750.00**

**BENEFIT MGMT SOLUTIONS**
**45 Research Way**
**Suite 106**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$79.50**

**BENISTI USA/CA MOONRISE**
**1650 Chabanel Ouest**
**Montreal, QC H4N 3M8**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,959.35**

**BERRY**
**29 W 38Th Street**
**16Th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Nasty Gal Inc.** | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,353.00 |
|---|---|---|---|

**BIG BUD PRESS**
**1107 Fair Oaks Ave 25**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number __1444__

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,616.30 |
|---|---|---|---|

**BIJOUX INDISCRETS**
**The Meadows**
**301 Rte 17 North Ste 402**
**Rutherford, NJ 07070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,040.80 |
|---|---|---|---|

**BIKO**
**174 Spadina Ave 411**
**Toronto, ON M5T 2C2**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.77 |
|---|---|---|---|

**BILLINI**
**106 108 Ashford Avenue**
**Milperra Nsw 2214**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,991.57 |
|---|---|---|---|

**Black**
**732 E 10Th St Unit 104**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number __0657__

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,252.60 |
|---|---|---|---|

**BLACK AND GREIGE**
**3699 E Olympic Blvd**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**BLACKBIRD**
**770 Menlo Avenue**
**Suite 150**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,497.18**

BLUE BLUSH
1175 Crocker Street
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0437

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,528.77**

BLUE TIGER COFFEE INC
1600 South 92Nd Place
Suite C
Seattle, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,711.52**

BLUEBIRD & CO INC.
1862 East 1st St
Los Angeles, CA 90033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292,336.04**

BNB Footwear
2330 Pontius Ave.,  101
Los Angeles, CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0050

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$365.11**

BNB INTERNATIONAL
Rm 701 7Fl Sungeun Bldg
71 Kimsangok Ro
Jongno-Gu, Seoul, South Korea

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,339.78**

Bossa Store PTY LTD
48 Crestdale Rd
Wantirna Melbourne Vic 03152
Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1591

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,150.94**

BRING IT UP INC
4035 E Thousand Oaks Blvd
Ste 100
Westlake Village, CA 91362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1527

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,063.92**

**BRISTOL SIX**
**2320 Abbot Kinney Blvd St**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number  **0235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**BRITTNEY CHRISTIE**
**123 S Lake Street**
**Los Angeles, CA 90057**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,411.18**

**BRIXTON**
**1340 Rocky Point Dt**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,399.37**

**C&L FASHIONS AND DESIGNS**
**747 E 10Th St 105**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number  **1526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,708.47**

**C. LUCE**
**1016 S Towne Ave 108**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00**

**CAILIN HILL ARAKI**
**Hatagaya 3 23 9 Nsg**
**Apt 302**
**Shibuya, Tokyo 151-0072, Japan**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,643.20**

**Caleres Inc**
**PO Box 281777**
**Atlanta, GA 30384-1777**

Date(s) debt was incurred _

Last 4 digits of account number  **0231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Nasty Gal Inc. | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,105.84**

CALLAHAN
38 E Montecito Ave
Unit 5B
Sierra Madrea, CA 91024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,485.50**

Camp Collection
3265 17Th Street Ste 204
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1442

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,879.71**

Cape Robbin
18052 Rowland Street
Rowland Heights, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0372

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$306.28**

CASSELS BROCK
2100 Scotia Plaza
40 King Street West
Toronto, ON M5H 3C2, Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,470.63**

CHAN LUU
818 S Broadway
6Th Fl
Los Angeles, CA 90014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$457.90**

CHANGZHOU SHENDA
No 52 Fengxiang Rd
Zhonglou Economic Dvmt Zn
Changzhou, Jiangsu 213000, China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,690.97**

CHASER
217 East 157Th Street
Gardena, CA 90248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0700

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$671.43** |
|---|---|---|
| **CHELSEA MORRISEY** | ☐ Contingent | |
| **743 Santee Street** | ☐ Unliquidated | |
| **Apt 805** | ☐ Disputed | |
| **Los Angeles, CA 90014** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,940.00** |
|---|---|---|
| **CHERRYSTONEIT** | ☐ Contingent | |
| **7632 Woodwind Drive** | ☐ Unliquidated | |
| **Bldg 101** | ☐ Disputed | |
| **Huntington Beach, CA 92647** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.40** |
|---|---|---|
| **CHIKUMA INTERNATIONAL LTD** | ☐ Contingent | |
| **Flat 201 2F Wing Kut** | ☐ Unliquidated | |
| **Indst Bld Block A No 608** | ☐ Disputed | |
| **Castle Peak Road Cheung Sha, HK** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,590.50** |
|---|---|---|
| **CHINESE LAUNDRY** | ☐ Contingent | |
| **c/o The Cit Group** | ☐ Unliquidated | |
| **PO Box 1036** | ☐ Disputed | |
| **Charlotte, NC 28201-1036** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number  **0253** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,128.00** |
|---|---|---|
| **CHOUDHARY LEATHER** | ☐ Contingent | |
| **No 7 Karanai Puducherry** | ☐ Unliquidated | |
| **Urapakkam Kancheepuram** | ☐ Disputed | |
| **Tanuk Bady 603202, India** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number  **0440** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,594.07** |
|---|---|---|
| **CHRISTINA NAETSCHER** | ☐ Contingent | |
| **903 Cresthaven Dr** | ☐ Unliquidated | |
| **Los Angeles, CA 90042** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,733.97** |
|---|---|---|
| **CHRONICLE BOOKS** | ☐ Contingent | |
| **680 Second Street** | ☐ Unliquidated | |
| **San Francisco, California 94107** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address

**CINTAS CORPORATION**
**PO Box 631025**
**Cincinnati, OH 45263-1025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,088.40**

---

**3.100** | Nonpriority creditor's name and mailing address

**Citizens of Humanity**
**Milberg Factors Of California**
**99 Park Avenue**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number  **0252**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$76,741.50**

---

**3.101** | Nonpriority creditor's name and mailing address

**CITY DESIGN GROUP**
**201 Gates Road Unit C**
**Littleferry, NJ 07643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,984.10**

---

**3.102** | Nonpriority creditor's name and mailing address

**CITY OF SANTA MONICA**
**1717 4Th Street**
**Suite 150**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$495.55**

---

**3.103** | Nonpriority creditor's name and mailing address

**CMS Associates**
**2 22 Okhla Ind Area Phs 2**
**New Delhi 110 020**
**India**

Date(s) debt was incurred _

Last 4 digits of account number  **0569**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100,561.50**

---

**3.104** | Nonpriority creditor's name and mailing address

**CNC FASHION LTD**
**5F Daiga Bd**
**1217 2 Bonridong Darseogu**
**Taegu, 42691, Korea**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$66.50**

---

**3.105** | Nonpriority creditor's name and mailing address

**COBEE INT'L (HK) LTD**
**Ind Ctr No8 La Chi Kok Rd**
**Cheung Sha Wan Kowloon, Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23.65**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Nasty Gal Inc. | | | |
|---|---|---|---|---|
| | Name | | | |
| | | Case number *(if known)* | **2:16-bk-24862-BB** | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,927.17** |
|---|---|---|---|
| | **CODDY GLOBAL LTD**<br>**13F No 2 Sec 1**<br>**Tunhwa S Road**<br>**Taipei, Taiwan** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **0441** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,350.80** |
|---|---|---|---|
| | **COIN 1804**<br>**2262 E 37Th St**<br>**Vernon, CA 90058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,000.00** |
|---|---|---|---|
| | **COLONIAL TAG & LABEL CO**<br>**425 Northern Blvd**<br>**Suite 36**<br>**Great Neck, NY 11021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **0602** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,215.56** |
|---|---|---|---|
| | **COMMANDO LLC**<br>**472 Meadowland Dr**<br>**Ste 10**<br>**S Burlington, VT 05403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,344.26** |
|---|---|---|---|
| | **CONTENTFUL GMBH**<br>**Ritterstr. 12-14**<br>**Berlin, Germany 10969** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,349.40** |
|---|---|---|---|
| | **Converse**<br>**13328 Collections Center**<br>**Chicago, IL 60693-0133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **0144** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182,222.38** |
|---|---|---|---|
| | **Cotton Candy**<br>**735 E 12 Street  103**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **0177** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,876.00**

**COURTSHOP**
**37 Greenpoint Avenue**
**Mailbox 2 Ste E3E**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,435.00**

**CRAIG FLOCKHART**
**2400 Corinth Ave**
**Apt 14**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,301.84**

**CRAP**
**228 Main St 14**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0096**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159,333.27**

**Criteo Corp**
**PO Box 392422**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0196**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,604.08**

**Crosswalk**
**Viale Ceertosa 125 20151**
**Milano Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0512**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,099.84**

**CS CLOTHING, INC**
**5915 Shelia Street**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1467**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,038.64**

**CURRENT AIR CLOTHING, INC**
**1015 S Crocker St**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.120**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,160.00 |
|---|---|---|
| **CYBERCODERS**<br>**File 54318**<br>**Los Angeles, CA 90074-4318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,341.52 |
|---|---|---|
| **D2 FACTORY CO**<br>**2146 Sacramento St**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  1626 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.122**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,700.00 |
|---|---|---|
| **Dance  Marvel**<br>**1015 Crocker Street Q2**<br>**Los Angeles, CA 90015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  0390 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.123**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|
| **DANIEL MARTY STUDIO LLC**<br>**2037 Echo Park Ave**<br>**Los Angeles, CA 90026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.124**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.34 |
|---|---|---|
| **DANIELLE ORDONES**<br>**5437 Newcastle Ave**<br>**Encino, CA 91316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.125**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|
| **DANNY'S FARM**<br>**4102 South University Dr**<br>**Pomona, CA 91768** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.126**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **David Baldwin, Esquire**<br>**Law Offices of David Baldwin**<br>**333 S. Grand Ave., Suite 450**<br>**Los Angles, CA 90071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Nasty Gal Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **2:16-bk-24862-BB** |

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**DAVID ROSS**
**2418 HINES DRIVE**
**LOS ANGELES, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$841.16**

**DEBRA-KUEMPEL**
**3976 Southern Avenue**
**Cincinnati, OH 45227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,819.25**

**DELL FINANCIAL SERVICES**
**99355 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,146.20**

**DESIGN ASSULYM MANUF HK L**
**Room 1701 17F Comweb PI**
**Kowloon**
**Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,054.06**

**DHL GLOBAL**
**12868 Collections Ctr Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0341**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,270.48**

**DISCOVERY HEALTH SERVICES**
**5632 LA JOLLA BLVD**
**LA JOLLA, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,392.63**

**DIVERSE STAFFING**
**6325 Digital Way**
**Suite 100**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,946.39 |
|---|---|---|---|

**DOC MARTENS**
Dept 3259
PO Box 123259
Dallas, TX 75312-3259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0274

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,097.60 |
|---|---|---|---|

**DOG LIMITED**
4717 WILLIS AVE APT 19
SHERMAN OAKS, CA 91403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.12 |
|---|---|---|---|

**DOUBLE J FASHION GROUP**
5620 Ferrier St
Montreal, QC H4P 1M7
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.00 |
|---|---|---|---|

**DP AIR CORPORATION**
11809 Smith Ave
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,734.20 |
|---|---|---|---|

**DQT COLLECTION INC**
2670 Leonis Blvd
Vernon, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.90 |
|---|---|---|---|

**DREAMHOST**
417 Associated Road
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $364.56 |
|---|---|---|---|

**DUPLICATOR SALES   SERVIC**
831 East Broadway
Lousiville, KY 40204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.141**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,800.00** |
|---|---|---|
| **E-BUSINESS INTERNATIONAL**<br>**4365 Route 1 South**<br>**Suite 212**<br>**Princeton, NJ 08540** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **0612** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.142**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,249.60** |
|---|---|---|
| **E-Eight (Fashion) Ltd.**<br>**24 Shacklewell Lane**<br>**London, E8 2EZ, UK** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **0447** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.143**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$96,047.12** |
|---|---|---|
| **E2 Clothing**<br>**1015 S Crocker St R23**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **1473** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.144**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.38** |
|---|---|---|
| **EARLY BIRD SHUTTLES**<br>**PO Box 321**<br>**Covina, CA 91723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.145**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,925.14** |
|---|---|---|
| **EAST END APPARELS**<br>**C 19**<br>**Sector 3**<br>**Noida, Uttar Pradesh 201-301, India** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **1611** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.146**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,152.95** |
|---|---|---|
| **EAST LION (CHELSEA & ZOE)**<br>**319 Brea Canyon Rd**<br>**City Of Industry, CA 91789** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.147**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,001.82** |
|---|---|---|
| **Echo Global Logistics Inc**<br>**22168 Network Place**<br>**Chicago, IL 60673-1221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **0071** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,292.44**

**Ecru Lab**
**777 East 10Th St 105**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1586**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,222.00**

**EIGHTY ONE ENTERPRISE**
**9401 Whitmore Street**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1221**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,737.64**

**EILEEN JOHNSON**
**1120 S 1St St**
**Louisville, KY 40203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,413.72**

**Emory Park Inc**
**1169 Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0523**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,635.67**

**EN CREME**
**615 E 61St Street**
**Los Angeles, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$257,591.73**

**Endless Rose**
**3775 Broadway Place**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0158**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,618.92**

**English Factory**
**3775 Broadway Place**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0287**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nasty Gal Inc.** | | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33,000.00 |
|---|---|---|---|
| | **ENVISTA CONCEPTS**<br>**11555 N Meridian Street**<br>**Ste 300**<br>**Carmel, IN 46032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number **0334** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $70,733.32 |
|---|---|---|---|
| | **EOC**<br>**1420 Paloma St**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number **0060** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $932.12 |
|---|---|---|---|
| | **EOS CCA**<br>**PO Box 556**<br>**Norwell, MA 02061-0556** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $168,868.25 |
|---|---|---|---|
| | **Epam Systems Inc**<br>**41 University Drive**<br>**Suite 202**<br>**Newtown, PA 18940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number **0077** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,421.09 |
|---|---|---|---|
| | **ESLEY COLLECTION**<br>**1001 Towne Ave Ste 102**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Esperanza Ereyes, Collector**<br>**Prime Business Credit, Inc.**<br>**1055 W. Seventh Street, Suite 2200**<br>**Los Angeles, CA 90017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,096.00 |
|---|---|---|---|
| | **EXCLUSIVE ARTISTS MANAGEMENT**<br>**7700 Sunset Blvd**<br>**Suite 205**<br>**Los Angeles, CA 90046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.162**

**Nonpriority creditor's name and mailing address**

**EXPRESS CONNECTION**
**12021 Whilshire Blvd**
**Suite 922**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$473.57**

---

**3.163**

**Nonpriority creditor's name and mailing address**

**Facebook Inc**
**Attn Accounts Receivable**
**15161 Collections Center**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number  **0203**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$115,754.37**

---

**3.164**

**Nonpriority creditor's name and mailing address**

**FACTOR MODEL MANAGEMENT**
**58 West Huron**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,200.00**

---

**3.165**

**Nonpriority creditor's name and mailing address**

**FAME ACCESSORIES**
**948 Crocker Street**
**Suite 6**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,391.60**

---

**3.166**

**Nonpriority creditor's name and mailing address**

**FANTAS-EYES**
**385 Fifth Avenue**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number  **0361**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20,299.55**

---

**3.167**

**Nonpriority creditor's name and mailing address**

**FANTASIA ACCESSORIES LTD**
**31 West 34Th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$602.70**

---

**3.168**

**Nonpriority creditor's name and mailing address**

**FANTASY LINGERIE**
**21100 Centre Pointe Pkwy**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number  **1615**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$14,145.71**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,361.09**

**Fashion Accents**
PO Box 40490
100 Nashua St
Providence, RI 02904-0490

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0023**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,190.20**

**FEA MERCHANDISE INC**
PO Box 716
Cape May Ct Hse, NJ 08210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.96**

**FEDEX**
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234,567.72**

**Fenwick West LLP**
PO Box 742814
Los Angeles, CA 90074-2814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0205**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,712.16**

**Few Moda Inc**
1460 Broadway 16Th Floor
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1563**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$737.05**

**FIRST CHOICE**
10907 Painter Ave
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,142.35**

**FOURTH FLOOR/CAREER GROUP**
PO Box 203654
Dallas, TX 75320-3654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|---|
| | Name | | | |

---

**3.176**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,282.11 |
|---|---|---|
| **FOXIEDOX**<br>**PO Box 962**<br>**South Bend, IN 46624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **0260** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.177**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,345.75 |
|---|---|---|
| **FRASIER STERLING JEWELRY**<br>**13400 Sabre Springs Pkwy**<br>**Suite 155**<br>**San Diego, CA 92128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **1584** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.178**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,305.15 |
|---|---|---|
| **FRAULEIN KINK INC**<br>**BOXHAGENER STR. 32**<br>**BERLIN  Germany 10245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.179**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,031.73 |
|---|---|---|
| **FRESH OF LA**<br>**2260 E 15Th Street**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **1489** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.180**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Gary A. Bennis, Esquire**<br>**Law Offices of Gary A. Bemis**<br>**3870 La Sierra Ave. Suite 239**<br>**Riverside, CA 92505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.181**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,282.15 |
|---|---|---|
| **GENERAL DATA CO**<br>**PO Box 640558**<br>**Cincinnati, OH 45264-0558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.182**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **GITHUB**<br>**88 Colin P Kelly Jr St**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.183** | **Nonpriority creditor's name and mailing address**
**Glamorous**
**4500 140Th Avenue North**
**Clearwater, FL 33762**

Date(s) debt was incurred _

Last 4 digits of account number  **0037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$111,060.49**

---

**3.184** | **Nonpriority creditor's name and mailing address**
**GMPC**
**11390 West Olympic Blvd**
**Suite 400**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number  **0452**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,215.24**

---

**3.185** | **Nonpriority creditor's name and mailing address**
**GODADDY.COM**
**14455 N. Hayden Rd., Suite. 226**
**Scottsdale, Arizona 85260-6947**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$246.86**

---

**3.186** | **Nonpriority creditor's name and mailing address**
**GOLDIE LONDON**
**850 Broadway Street**
**Los Angeles, CA 90014-3271**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,005.42**

---

**3.187** | **Nonpriority creditor's name and mailing address**
**GOOD WORTH LLC**
**3235 University Ave 633**
**San Diego, CA 92104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,127.00**

---

**3.188** | **Nonpriority creditor's name and mailing address**
**Google Inc**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number  **0412**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$270,575.76**

---

**3.189** | **Nonpriority creditor's name and mailing address**
**GREENBERG GLUSKER**
**1900 Avenue Of The Stars**
**Suite 2100**
**Los Angeles, CA 90067-4590**

Date(s) debt was incurred _

Last 4 digits of account number  **0607**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,058.75**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Nasty Gal Inc.** | | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,961.52 |
|---|---|---|---|
| | **GREY CITY**<br>**2920 Eastlake Ave E Ste**<br>**Seattle, WA 98102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,705.49 |
|---|---|---|---|
| | **GROWEL IMPEX PVT LTD**<br>**A 54 Sec 58**<br>**Noida Up**<br>**India** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1438** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $601.36 |
|---|---|---|---|
| | **GSOLUTIONZ, INC.**<br>**625 E Santa Clara Street**<br>**Suite 100**<br>**Ventura, CA 93001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $93.66 |
|---|---|---|---|
| | **GUANGZHOU LIYA KNITTING C**<br>**H135 1 New Chang Jiang**<br>**Intl Textile City Haizhu**<br>**Guangzhou Guangdong, China** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45,857.04 |
|---|---|---|---|
| | **H + D**<br>**735 E 12Th St 101**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0242** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,692.50 |
|---|---|---|---|
| | **HE SAID SHE SAID**<br>**107 S 13Th Street**<br>**Philadelphia, PA 19107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77,576.29 |
|---|---|---|---|
| | **Hera Collection**<br>**1016 Towne Ave 107**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1508** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,453.75** |
|---|---|---|---|
| | **HIGHJUMP SOFTWARE**<br>**Nw5230 PO Box 1450**<br>**Minneapolis, MN 55485-5230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,970.49** |
|---|---|---|---|
| | **HK BRIGHT INT'L TRADE CO**<br>**Room 304 Haiphong Mansion**<br>**53 55 Haiphong Road**<br>**Tsim Sha Tsui, Kowloon, Hong Kong** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1647** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,400.00** |
|---|---|---|---|
| | **HOLLYWOOD MODEL MGMT LLC**<br>**8744 Holloway Dr**<br>**West Hollywood, CA 90069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0210** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185,456.24** |
|---|---|---|---|
| | **Honey Punch**<br>**1535 Rio Vista Ave**<br>**Los Angeles, CA 90023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0017** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,144.06** |
|---|---|---|---|
| | **Hot as Hell**<br>**8581 Santa Monica Blvd 322**<br>**West Hollywood, CA 90069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0453** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,582.93** |
|---|---|---|---|
| | **HOT SHOT HK LLC**<br>**1407 Broadway**<br>**Suite 2018**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,598.36** |
|---|---|---|---|
| | **HOUSE OF CARDS**<br>**PO Box 2369**<br>**Fortitude Valley Bc**<br>**Qld 04006, Australia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0455** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Nasty Gal Inc. | | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.99** |
|---|---|---|---|

**HRDIRECT**
**PO Box 669390**
**Pompano Beach, FL 33066-9390**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,467.18** |
|---|---|---|---|

**HUDSON**
**1430 Broadway**
**Suite 1503**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206,000.00** |
|---|---|---|---|

**Hunt Jacobson Properties LLC**
**Co Mr Howard Kong**
**11601 Wilshire Blvd 17Th Floor**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number  0428**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,260.50** |
|---|---|---|---|

**HUNTER**
**PO Box 2032**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number  0065**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,216.04** |
|---|---|---|---|

**I CCO**
**1015 S Crocker Street**
**Q22**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number  0159**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,841.54** |
|---|---|---|---|

**I Parcel**
**45 Fernwood Ave**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number  0375**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,452.00** |
|---|---|---|---|

**IDEAL FIT MODELS**
**5900 Wilshire Blvd**
**Suite 26070**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,389.40**

**IMG MODELS, INC.**
**Penthouse North**
**304 Park Ave South**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0213**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,018.50**

**INDIGO ROAD INC**
**112 W 9Th St Suite 1226**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,777.00**

**INSTART LOGIC INC**
**450 Lambert Avenue**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0092**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,157.90**

**Intentionally Blank**
**160 North 6Th Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0293**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,279.44**

**INTERACTIVE INTELLIGENCE**
**7601 Interactive Way**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,090.40**

**Intercity Traders PVT LTD**
**A971 Okhla Phase Ii**
**New Delhi, In 00011-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0456**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$547.07**

**INTERNATIONAL FASHION PUB**
**110 E 9Th St Al 19**
**Los Angeles, CA 90079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.218**

**Nonpriority creditor's name and mailing address**

**INTERTEK CONSUMER GOODS N**
**PO Box 99959**
**Chicago, IL 60696-7759**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$883.82**

---

**3.219**

**Nonpriority creditor's name and mailing address**

**IRON FIST INTL.**
**130 South Anderson St**
**Los Angeles, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number **0035**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$22,648.25**

---

**3.220**

**Nonpriority creditor's name and mailing address**

**ISLAND PACIFIC**
**1940 East Deere Ave**
**Ste 200**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number **0094**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$14,464.14**

---

**3.221**

**Nonpriority creditor's name and mailing address**

**IVO IWONA KUZIORA**
**ul. Rozwadowska 24**
**Stalowa Wola, PODKARPACKIE  37-450**

Date(s) debt was incurred _

Last 4 digits of account number **0422**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,555.00**

---

**3.222**

**Nonpriority creditor's name and mailing address**

**IZOLA, INC.**
**149 Smith St**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$987.84**

---

**3.223**

**Nonpriority creditor's name and mailing address**

**J. YAN LTD**
**Unit 7 9 17 Prak Royal Rd**
**London Nw107L6**
**United Kingdom**

Date(s) debt was incurred _

Last 4 digits of account number **1507**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$23,865.89**

---

**3.224**

**Nonpriority creditor's name and mailing address**

**JAC Vanek**
**PO Box 1017**
**El Toro, CA 92609-1017**

Date(s) debt was incurred _

Last 4 digits of account number **0077**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$41,890.68**

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.225**

Nonpriority creditor's name and mailing address

**Jaded**
**Unit 3 Devonshire Busines**
**Chester Road**
**Borehamwood, Wd6, UK**

Date(s) debt was incurred __

Last 4 digits of account number  **1420**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$81,623.90**

---

**3.226**

Nonpriority creditor's name and mailing address

**JAKIMAC**
**3603 Seneca Ave**
**Los Angeles, CA 90039**

Date(s) debt was incurred __

Last 4 digits of account number  **0027**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$22,694.70**

---

**3.227**

Nonpriority creditor's name and mailing address

**JAKKE LIMITED**
**55 Loudoun Road St. John'S Wood**
**London NW8 0DL UK**

Date(s) debt was incurred __

Last 4 digits of account number  **0459**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$17,623.60**

---

**3.228**

Nonpriority creditor's name and mailing address

**JANPRO OF THE WEST**
**3550 Wilshire Blvd**
**Suite 510**
**Los Angeles, CA 90010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,109.64**

---

**3.229**

Nonpriority creditor's name and mailing address

**JASON LANDIS**
**3296 WRIGHTWOOD DR**
**STUDIO CITY, CA 91604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$562.00**

---

**3.230**

Nonpriority creditor's name and mailing address

**JAY IMPORT CO. INC.**
**41 Madison Avenue 12Th Fl**
**New York, NY 10010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$499.80**

---

**3.231**

Nonpriority creditor's name and mailing address

**JC Dossier**
**831 Lawson Street**
**Rowland Heights, CA 91748**

Date(s) debt was incurred __

Last 4 digits of account number  **0296**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$79,257.08**

---

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,330.42**

**JC Fashion Grip LTD**
**Unit3 1F Fook Hong Ind**
**Bldg 19 Shenung Yuet Rd**
**Kowloon Bay, Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0220**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,600.85**

**JC FASHION GROUP LTD**
**Unit3 1F Fook Hong Ind**
**Bldg 19 Shenung Yuet Rd**
**Kowloon Bay, Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,295.96**

**JC INDUSTRIES**
**2122 West Flotilla Street**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0288**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**JENNA FREYENBERGER**
**2960 Bellevue Ave**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jessica L. Lemoine, Esquire**
**Continental Commercial Group**
**317 S. Brand Blvd.**
**Glendale, CA 91204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,403.60**

**JEWEL TONE**
**1333 BROADWAY, 6TH FLOOR**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00**

**Jianye Textile HK Co Ltd**
**1 3 Black 38 Langbaoxi Rd**
**Chanchang District**
**Foshan, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | **2:16-bk-24862-BB** |

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91,333.32**

**Jirafe Co Hybris SAP**
**888 7Th Ave**
**10Th Floor**
**New York, NY 10106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0418**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,560.00**

**JK ARTISTS**
**324 South Beverly Dr 198**
**Beverly Hills, CA 90212-4801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,217.90**

**Joa**
**860 S Los Angeles Street 1130**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0100**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**JOBVITE**
**1300 S El Camino Real**
**Suite 400**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,105.00**

**JOHNSON STEPHENS CONSULTING**
**100 Hartsfield Ctr Pkwy**
**Suite 520**
**Atlanta, GA 30354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$558.81**

**JUDY HSIEH**
**511 San Vicente Blvd**
**Unit 306**
**Santa Monica, CA 90402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$286.52**

**JUNE ROBLES**
**10070 Gilbert Street**
**Apt 77**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,134.57** |
|---|---|---|---|

Kacoo USA
4500 140Th Avenue North
Ste 101
Clearwater, FL 33762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __0223__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,835.14** |
|---|---|---|---|

KAISER PERMANENTE
File 5915
Los Angeles, CA 90074-5915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$206.61** |
|---|---|---|---|

KAITLYN WARMAN
C/O MORRISDAY PTY LTD
STE 82 LVL 8 KMS BLDG
8-24 KIPPAX ST.
SURREY HILLS, AUSTRALIA 2010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$518.09** |
|---|---|---|---|

KAPULUAN COCONUT LLC
453 S Spring St Ste 724
Los Angeles, CA 90013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

KAT LOZHNIKOVA
926 2Nd St 202
Santa Monica, CA 90403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,743.28** |
|---|---|---|---|

KAT MACONIE
232 Madison Avenue
Suite 1407
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __0360__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.51** |
|---|---|---|---|

KAYLA LACKIE
6014 S Citrus Ave
Los Angeles, CA 90043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.253** | Nonpriority creditor's name and mailing address

**Kendall and Kylie**
**724 Kohler Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number  **0461**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$47,998.28**

---

**3.254** | Nonpriority creditor's name and mailing address

**KENT STETSON**
**1005 Main Street**
**Suite 8224**
**Pawtucket, RI 02860**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$735.00**

---

**3.255** | Nonpriority creditor's name and mailing address

**KENTUCKIANA COMFORT CENTE**
**2716 Grassland Drive**
**Louisville, KY 40299**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,850.98**

---

**3.256** | Nonpriority creditor's name and mailing address

**Kentucky State Treasurer**
**Department Of Revenue**
**501 High Street**
**Frankfort, KY 40620**

Date(s) debt was incurred _

Last 4 digits of account number  **0449**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$116,882.76**

---

**3.257** | Nonpriority creditor's name and mailing address

**KERISSA II INC**
**15 Lark Industrial Pkwy**
**Greenville, RI 02828**

Date(s) debt was incurred _

Last 4 digits of account number  **1570**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,738.49**

---

**3.258** | Nonpriority creditor's name and mailing address

**KID DANGEROUS, LLC**
**1163 Sanburn Ave 1**
**Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number  **1602**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,448.94**

---

**3.259** | Nonpriority creditor's name and mailing address

**KILLBRAND APPAREL**
**Johnathan Smith**
**16 Nhigh St Unit J**
**Millville, NJ 08332**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$830.72**

---

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.62** |
|---|---|---|---|

**KLAUBER BROTHERS**
**980 Avenue Of The America**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**L.A. MODELS**
**7700 Sunset Boulevard**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242,232.61** |
|---|---|---|---|

**Landmark Global Distribution**
**27 W Anapamu St 357**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0342**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,816.52** |
|---|---|---|---|

**LASER KITTEN**
**120 E 8Th St Ste 604**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,480.00** |
|---|---|---|---|

**LAUREN MCCALMONT**
**312 W 5Th St**
**Apt 703**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$258,440.93** |
|---|---|---|---|

**Lavish Alice**
**Unit 33**
**Soapstone Way, Irlam Business Centr**
**Manchester M44 6RA UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0357**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**LAZ PARKING**
**801 S Grand Ave**
**Suite 230**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number *(if known)* | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.267**

**Nonpriority creditor's name and mailing address**
**LDC, INC**
**22 First Street**
**East Providence, RI 02914**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,256.06

---

**3.268**

**Nonpriority creditor's name and mailing address**
**Le Meilleur Inc**
**Dba Kaii**
**3055 Furitland Ave**
**Los Angeles, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number  0468

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$147,951.26

---

**3.269**

**Nonpriority creditor's name and mailing address**
**LEATHEROCK**
**5285 Lovelock Street**
**San Diego, CA 92110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,933.50

---

**3.270**

**Nonpriority creditor's name and mailing address**
**LEG AVENUE**
**19601 E Walnut Dr South**
**City Of Industry, CA 91748**

Date(s) debt was incurred _

Last 4 digits of account number  0398

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$18,864.30

---

**3.271**

**Nonpriority creditor's name and mailing address**
**LENA BERNARD**
**1740 Westar Drive**
**Oxnard, CA 93033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,862.00

---

**3.272**

**Nonpriority creditor's name and mailing address**
**Levi Strauss CO**
**1155 Battery Street**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number  0465

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$64,666.99

---

**3.273**

**Nonpriority creditor's name and mailing address**
**LG E GAS  KY**
**PO Box 9001960**
**Louisville, KY 40290-1960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$497.93

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.274**

**Nonpriority creditor's name and mailing address**
**Line & Dot**
**2807 S Santa Fe Ave**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number  **0124**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$44,561.34**

---

**3.275**

**Nonpriority creditor's name and mailing address**
**LINE 6IX INC.**
**600 E Washington Blvd**
**N 14**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number  **1651**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,718.35**

---

**3.276**

**Nonpriority creditor's name and mailing address**
**LINKEDIN**
**62228 Collections Ctr Dr**
**Chicago, IL 60693-0622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,044.54**

---

**3.277**

**Nonpriority creditor's name and mailing address**
**Lioness**
**64 Kippax Street**
**Suite 106**
**Surry Hills, Nsw 02010, Australia**

Date(s) debt was incurred _

Last 4 digits of account number  **0358**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$113,008.76**

---

**3.278**

**Nonpriority creditor's name and mailing address**
**LITTLE WHITE LIMITED**
**5th Floor**
**175 Tottenham Court Road**
**London, W1T 7NU, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,496.41**

---

**3.279**

**Nonpriority creditor's name and mailing address**
**LNA CLOTHING**
**3200 Airport Ave Ste 16**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number  **0997**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,113.54**

---

**3.280**

**Nonpriority creditor's name and mailing address**
**LOCAL HEROES**
**00-511 WARSZAWA**
**UL. NOWOGRODZKA 31**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,274.00**

---

| Debtor | **Nasty Gal Inc.** | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,878.00** |
|---|---|---|---|

**LOLA CRUZ USA INC.**
**1350 Broadway Suite 2510**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.00** |
|---|---|---|---|

**LOLLI SWIM**
**1278 Glenneyre St 290**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,067.73** |
|---|---|---|---|

**LOS ANGELES DWP**
**PO Box 30808**
**Los Angeles, CA 90030-0808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,152.89** |
|---|---|---|---|

**LOUISVILLE WATER COMPANY**
**550 South Third St**
**Louisville, KY 40202-1839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,118.72** |
|---|---|---|---|

**LOUPE BRAND**
**195 Chrystie St**
**601F**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,157.76** |
|---|---|---|---|

**LOVE CHARLES H LLC**
**1413 E 20Th St**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,726.96** |
|---|---|---|---|

**LOVE STITCH**
**1100 S San Pedro St B 5**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.288**

**Nonpriority creditor's name and mailing address**
**LOVECAT/BABELFAIR**
**545 8Th Ave Suite 1250**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number  **0236**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,677.60**

---

**3.289**

**Nonpriority creditor's name and mailing address**
**Lovely Day**
**1100 S San Pedro Street**
**O 12**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number  **0502**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$136,263.81**

---

**3.290**

**Nonpriority creditor's name and mailing address**
**LOVERICHE**
**1015 S Crocker St Q12**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,011.50**

---

**3.291**

**Nonpriority creditor's name and mailing address**
**LUCCA COUTURE**
**Babel Fair Showroom**
**545 8Th Ave., Suite 1250**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,609.11**

---

**3.292**

**Nonpriority creditor's name and mailing address**
**LUCENT PRODUCT**
**5515 Daniels Street**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$551.25**

---

**3.293**

**Nonpriority creditor's name and mailing address**
**Lucy Paris**
**999 S Meridian Ave**
**Alhambra, CA 91803**

Date(s) debt was incurred _

Last 4 digits of account number  **0547**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$88,486.63**

---

**3.294**

**Nonpriority creditor's name and mailing address**
**Lumiere**
**2807 S Santa Fe Ave**
**Los Angeles, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number  **0046**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$66,752.85**

---

| Debtor | Nasty Gal Inc. | | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|---|
| | Name | | | |

---

**3.295**

**Nonpriority creditor's name and mailing address**
**LUSH**
**1100 S San Pedro St 4 12**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number **0215**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,248.19**

---

**3.296**

**Nonpriority creditor's name and mailing address**
**Lust for Life**
**1086 Teaneck Road Suite**
**Teaneck, NJ 07666**

Date(s) debt was incurred _

Last 4 digits of account number **0292**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$111,043.82**

---

**3.297**

**Nonpriority creditor's name and mailing address**
**Lux LA**
**130 E Jefferson Blvd**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number **1471**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$52,082.25**

---

**3.298**

**Nonpriority creditor's name and mailing address**
**LUXE NOT LUST**
**465 Converse Ally**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,728.00**

---

**3.299**

**Nonpriority creditor's name and mailing address**
**LUXXEL INC**
**1100 S San Padero St**
**Ste E13**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number **1594**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,308.98**

---

**3.300**

**Nonpriority creditor's name and mailing address**
**MAISON SCOTCH**
**SCOTCH & SODA**
**JACOBUS SPIJKERDREEF 20-24**
**2132 PZ HOOFDDORP**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,218.28**

---

**3.301**

**Nonpriority creditor's name and mailing address**
**Makers of Dreams**
**1015 S Crocker St**
**S15**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number **1453**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$46,420.06**

---

| Debtor | Nasty Gal Inc. | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.302** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mark F. Equinda, Vice President**
**Milberg Factors, Inc.**
**99 Park Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00**

**MARKMONITOR**
**PO Box 71398**
**Chicago, IL 60694-1398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,837.26**

**MARONIE**
**1100 S San Pedro St**
**Ste G 6**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,050.03**

**MARTINI, IOSUE  AKPOVI**
**16830 Ventura Blvd**
**Suite 415**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0111**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,153.38**

**Matisse**
**1550 E Franklin Ave**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0276**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,217.78**

**MELODY APPAREL**
**110 East 9Th Street**
**Cal Market Ctr Suite B901**
**Los Angeles, CA 90079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0538**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,283.63**

**MELT WEARHOUSE LLC**
**6111 S Gramercy Place**
**Unit 6**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1466**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,335.20**

**MELYSSA LAUREN MARINOVICH**
**931 S Wooster Street**
**Suite 4**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number  **1650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$575.50**

**MERRILL COMMUNICATIONS LL**
**Cm 9638**
**St Paul, MN 55170-9638**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,380.00**

**METRIC MODELS LLC**
**4160 Mcconnell Blvd**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number  **0224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.90**

**MGD BRANDS INC.**
**30 Commercial Court**
**Plain View, NY 11803**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,964.61**

**MICHAEL KIM**
**Mylk Studio**
**10000 Regent St 208**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number  **1529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.76**

**MICHAEL KRAMER**
**1217 W 58Th Street**
**Kansas City, MO 64113**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,927.04**

**MILLENNIAL BRANDS, LLC**
**PO Box 952112**
**Dallas, TX 75395-2112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.316**

**Nonpriority creditor's name and mailing address**

**MINK PINK**
**860 S Los Angeles Street # 706**
**Los Angeles CA 90014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,133.60**

---

**3.317**

**Nonpriority creditor's name and mailing address**

**MITCHELL SILBERBERG & KNUPP**
**11377 West Olympic Blvd**
**Los Angeles, CA 90064**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,295.35**

---

**3.318**

**Nonpriority creditor's name and mailing address**

**MJ ACCESSORIES LLC**
**1410 Broadway Suite 501**
**New York, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number **1658**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$14,335.90**

---

**3.319**

**Nonpriority creditor's name and mailing address**

**MI Maadhav**
**No 47 Perunal Nagar**
**2Nd St Nanganallur**
**Chennai Tamil Nadu, In 00060-0061**

Date(s) debt was incurred __

Last 4 digits of account number **0041**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$56,879.14**

---

**3.320**

**Nonpriority creditor's name and mailing address**

**MLV**
**225 West 35Th Street**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$228.00**

---

**3.321**

**Nonpriority creditor's name and mailing address**

**MNKR INC**
**642 Moulton Ave W 11**
**Los Angeles, CA 90031**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,175.60**

---

**3.322**

**Nonpriority creditor's name and mailing address**

**MO:VINT**
**1935 E 7Th Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred __

Last 4 digits of account number **1076**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$15,199.80**

---

| Debtor | Nasty Gal Inc. | | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|---|
| | Name | | | |

---

**3.323**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,776.93 |
|---|---|---|
| **MODEL TWO MGMT LLC** <br> **8438 Melrose Place** <br> **2nd Floor** <br> **Los Angeles, CA 90069** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _120426_ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.324**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,057.20 |
|---|---|---|
| **MODERN DAY HIPPIE** <br> **4220 12 Degnan Blvd** <br> **Los Angeles, CA 90008** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.325**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Molly P. Pitluck, Esquire** <br> **3960 Howard Hughes Parkway, Suite 5** <br> **Las Vegas, NV 89169** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.326**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,713.94 |
|---|---|---|
| **MOON COLLECTION** <br> **1100 S San Pedro St** <br> **B 09** <br> **Los Angeles, CA 90015** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _0275_ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.327**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|
| **MORRISDAY PTY LTD** <br> **Ste 82 Lvl 8 Kms Bldg** <br> **8 24 Kippax St** <br> **Surry Hills, Nsw 02010, Australia** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.328**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,100.48 |
|---|---|---|
| **Moss Adams LLP** <br> **PO Box 748369** <br> **Los Angeles, CA 90074-8369** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _0551_ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.329**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,786.52 |
|---|---|---|
| **Motel** <br> **Unit 27 Dunlop Road** <br> **Hunt End Ind Est** <br> **B975Xp Redditch, Worcs, UK** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _0063_ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Nasty Gal Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | **2:16-bk-24862-BB** |

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$414.05** |
|---|---|---|---|

**MYLK**
**10000 Regent St 208**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,869.76** |
|---|---|---|---|

**MYSTERY BEEHIVE PTY LTD**
**Suite 124 Level 1**
**Kms Bldg 8 24 Kippax St**
**Surry Hills, Nsw 02010, Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,502.98** |
|---|---|---|---|

**NANIGANS**
**60 State Street**
**12Th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,504.70** |
|---|---|---|---|

**Nesco Resource**
**PO Box 901372**
**Cleveland, OH 44190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0345**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,342.76** |
|---|---|---|---|

**NET DATA CTRS**
**1801 W Olympic Blvd**
**Pasadena, CA 91199-1843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0390**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,874.44** |
|---|---|---|---|

**NEW BALANCE**
**PO Box 415206**
**Boston, Ma 02241-5206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1413**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,362.56** |
|---|---|---|---|

**NEW MERIT APPAREL INC.**
**782 E. 12TH STREET**
**LOS ANGELES,CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.337**

Nonpriority creditor's name and mailing address

**Next Management**
**15 Watts Street**
**7Th Floor**
**New York, NY 10013**

Date(s) debt was incurred __

Last 4 digits of account number  **0373**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$65,227.40**

---

**3.338**

Nonpriority creditor's name and mailing address

**Nicolette**
**2051 E 55Th St**
**2F**
**Vernon, CA 90058**

Date(s) debt was incurred __

Last 4 digits of account number  **0189**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$34,347.91**

---

**3.339**

Nonpriority creditor's name and mailing address

**Night Walker**
**6111 S Gramercy Place**
**Unit 6**
**Los Angeles, CA 90047**

Date(s) debt was incurred __

Last 4 digits of account number  **0407**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$87,677.16**

---

**3.340**

Nonpriority creditor's name and mailing address

**NINA TARR**
**3332 ROWENA AVE # APT A**
**LOS ANGELES, CA 90027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

**3.341**

Nonpriority creditor's name and mailing address

**NOIR**
**362 FIFTH AVENUE**
**SIXTH FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,754.28**

---

**3.342**

Nonpriority creditor's name and mailing address

**NOIR JEWELRY**
**362 Fifth Ave**
**Sixth Floor**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,741.90**

---

**3.343**

Nonpriority creditor's name and mailing address

**NOVA**
**225 W 35Th Street**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,877.98**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.344**

**Nonpriority creditor's name and mailing address**

**NSFW INTIMATES**
**c/o DAMEIN JACKSON**
**5008 LEMON GROVE AVE.**
**LOS ANGELES, CA 90029**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,318.68**

---

**3.345**

**Nonpriority creditor's name and mailing address**

**NUDE LABEL INC**
**1145 Towne Ave 7**
**Los Angeles, CA 90021**

Date(s) debt was incurred __

Last 4 digits of account number **1592**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$14,710.08**

---

**3.346**

**Nonpriority creditor's name and mailing address**

**NY STYLE**
**PO Box 1036**
**Charlotte, NC 28201-1036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$5,703.38**

---

**3.347**

**Nonpriority creditor's name and mailing address**

**NYLA**
**4833 Everett Ave.**
**Vernon, CA 90058**

Date(s) debt was incurred __

Last 4 digits of account number **0408**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$14,245.20**

---

**3.348**

**Nonpriority creditor's name and mailing address**

**OFFICE DEPOT**
**PO Box 70025**
**Los Angeles, CA 90074**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,404.22**

---

**3.349**

**Nonpriority creditor's name and mailing address**

**Ogletree Deakins Nash**
**PO Box 89**
**Columbia, SC 29202**

Date(s) debt was incurred __

Last 4 digits of account number **0227**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$127,876.67**

---

**3.350**

**Nonpriority creditor's name and mailing address**

**OH LA LA CHERI**
**3520 Nw 46Th St**
**Miami, FL 33142**

Date(s) debt was incurred __

Last 4 digits of account number **0544**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$11,578.43**

---

| Debtor | **Nasty Gal Inc.** | | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.00** |
|---|---|---|---|

**OH MY LOVE**
283 Mare Street
Hackney Ldn E8 1Pj
United Kingdom

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.75** |
|---|---|---|---|

**OHS CORPORATION**
Ohyes Fashion
3500 S San Pedro St
Los Angeles, CA 90011

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$336,814.47** |
|---|---|---|---|

**Olivaceous**
1041 Towne Ave
Los Angeles, CA 90021

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  0245

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,455.65** |
|---|---|---|---|

**OLIVE AND PIQUE**
777 E 10Th Street
Ste 113
Los Angeles, CA 90021

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,102.88** |
|---|---|---|---|

**OLIVER GAL ARTIST CO**
2040 Washington St
Hollywood, FL 33020

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,432.63** |
|---|---|---|---|

**One Teaspoon**
6595 St Urbain
Montreal, QC H2S 3G6
Canada

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  0055

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$503.00** |
|---|---|---|---|

**ONE, LLC**
Co Alan Saruwatari
1514 Cabrillo Avenue
Torrance, CA 90501

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.358**

**Nonpriority creditor's name and mailing address**
OPTUM
Dept 75897
PO Box 39000
San Francisco, CA 94139-5897

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$71.92**

---

**3.359**

**Nonpriority creditor's name and mailing address**
OUROBORUS DESIGNS
28335 Esplanada Drive
Valencia, CA 91354

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,305.60**

---

**3.360**

**Nonpriority creditor's name and mailing address**
OVERHEAD DOOR CO.
PO Box 2347
Louisville, KY 40201

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,260.54**

---

**3.361**

**Nonpriority creditor's name and mailing address**
P & G LLC
208 Madison Road
Scarsdale, NY 10583

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$420.77**

---

**3.362**

**Nonpriority creditor's name and mailing address**
PACKAGE ZEN
222 Merchandise Mart Plaza / Suite
Chicago, IL 60654

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.363**

**Nonpriority creditor's name and mailing address**
Panframe Corporation
R1201
NO 2281 W ZHONGSHANG RD
SHANGHAI  CHINA

Date(s) debt was incurred _

Last 4 digits of account number  0328

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$37,492.91**

---

**3.364**

**Nonpriority creditor's name and mailing address**
PARED
4360 Fflinders St
Melbourne Vic 03000
Australia

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,764.00**

---

| Debtor | Nasty Gal Inc. | | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|---|
| | Name | | | |

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.20 |
|---|---|---|---|
| | **PASTEASE** | ☐ Contingent | |
| | **217 Cedar St 64** | ☐ Unliquidated | |
| | **Sandpoint, Id 83864** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,243.50 |
|---|---|---|---|
| | **PENGUIN GROUP USA LLC** | ☐ Contingent | |
| | **200 Old Tappan Road** | ☐ Unliquidated | |
| | **Old Tappan, NJ 07675** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,494.46 |
|---|---|---|---|
| | **PENNY LOVES KENNY** | ☐ Contingent | |
| | **99 Park Ave 21St Floor** | ☐ Unliquidated | |
| | **New York, NY 10016-1503** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,762.40 |
|---|---|---|---|
| | **PEPPERMINT** | ☐ Contingent | |
| | **1165 14 S Crocker Street** | ☐ Unliquidated | |
| | **Los Angeles, CA 90021** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,408.04 |
|---|---|---|---|
| | **PETALS AND PEACOCKS** | ☐ Contingent | |
| | **19400 Forest Place** | ☐ Unliquidated | |
| | **Castro Valley, CA 94546** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0067** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Peter Kim, President** | ☐ Contingent | |
| | **Triple 7 Global, Inc.** | ☐ Unliquidated | |
| | **114 West Elmyra Street** | ☐ Disputed | |
| | **Los Angeles, CA 90012** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|
| | **PHOTO BOOTH OPTIONS** | ☐ Contingent | |
| | **1637 Monrovia Avenue** | ☐ Unliquidated | |
| | **Costa Mesa, CA 92627** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,089.99**

**PISTOLA/EUNINA**
**3398 Leonis Blvd**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0393**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.40**

**POLY BEAUTY TEXTILE LTD**
**S Intl Plz Bld D 601 603**
**3013 Yitian Rd**
**Futian Dist Shenzhen, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137.00**

**Pour La Victoire**
**Millennial Brands Llc**
**PO Box 952112**
**Dallas, TX 75395-2112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,096.06**

**PREFERRED STAFFING, LLC**
**People 20 Global Inc**
**PO Box 536853**
**Atlanta, GA 30353-6853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0230**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,091.06**

**Premier Packaging**
**4859 Jennings Lane**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0231**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00**

**Presto-X**
**PO Box 13848**
**Reading, PA 19612-3848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,522.36**

**Private Party**
**527 N Las Casas Ave**
**Pacific Palisades, CA 90272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0130**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|---|
| | Name | | | |

---

**3.379**

**Nonpriority creditor's name and mailing address**

**PRO SERIES APPAREL INC.**
**390, Henri-Bourassa**
**Boulevard West, Suite 300**
**Montreal, QC H3L 3T5 Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$46.75**

---

**3.380**

**Nonpriority creditor's name and mailing address**

**PRODUCTION LOCATIONS INC.**
**756 S Broadway 1110**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,000.00**

---

**3.381**

**Nonpriority creditor's name and mailing address**

**Prologis**
**PO Box 848146**
**Dallas, TX 75284-8146**

Date(s) debt was incurred _

Last 4 digits of account number  0383

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$228,138.80**

---

**3.382**

**Nonpriority creditor's name and mailing address**

**PUBLIC DESIRE LIMITED**
**Studio House**
**40 Invar Road**
**Swinton M279Hf, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$190.84**

---

**3.383**

**Nonpriority creditor's name and mailing address**

**Puma**
**PO Box 5130**
**Carol Stream, IL 60197-5130**

Date(s) debt was incurred _

Last 4 digits of account number  0254

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$78,459.80**

---

**3.384**

**Nonpriority creditor's name and mailing address**

**PURPLE & ME INC**
**25 Capreol Court**
**Suite 2311**
**Toronto, ON M5V 3Z7, Canada**

Date(s) debt was incurred _

Last 4 digits of account number  0495

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$28,454.20**

---

**3.385**

**Nonpriority creditor's name and mailing address**

**PURPLE HAZE**
**C/O PURPLE & ME INC.**
**A-14, 15 , SECTOR-59**
**NOIDA-201301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$8,571.01**

---

| Debtor | Nasty Gal Inc. | | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.386**

**Nonpriority creditor's name and mailing address**

**PURSUE**
**739 E 12Th St**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number  **1600**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$17,591.57**

---

**3.387**

**Nonpriority creditor's name and mailing address**

**Quay**
**309 E 8Th St 601**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number  **0015**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$81,070.63**

---

**3.388**

**Nonpriority creditor's name and mailing address**

**QUPID**
**318 Brea Canyon Rd**
**City of Industry, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number  **1166**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,729.46**

---

**3.389**

**Nonpriority creditor's name and mailing address**

**RAGFINDERS**
**784 South San Pedro St**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,170.50**

---

**3.390**

**Nonpriority creditor's name and mailing address**

**Ragged Priest**
**115 119 Park Street**
**Westcliff On Sea**
**Essex, Ss0 7Dp, UK**

Date(s) debt was incurred _

Last 4 digits of account number  **0345**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$48,179.90**

---

**3.391**

**Nonpriority creditor's name and mailing address**

**RAINTREE APPAREL, INC.**
**714 S Hill St 319**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$353.80**

---

**3.392**

**Nonpriority creditor's name and mailing address**

**Rakuten Marketing**
**215 Park Ave South 9Th Fl**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number  **0146**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$246,375.57**

---

| Debtor | Nasty Gal Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **2:16-bk-24862-BB** |

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$233,478.78** |
|---|---|---|---|

**Rare London**
**Unit 34 Wellington Employment Park**
**Dunes Way Liverpool**
**Merryside Gb 159 1000 37, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0414**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,293.20** |
|---|---|---|---|

**RD STYLE**
**275 West 39Th Street**
**7Th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,812.60** |
|---|---|---|---|

**RE:NAMED**
**1023 S Towne Ave**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$413.85** |
|---|---|---|---|

**READY REFRESH BY NESTLE**
**PO Box 856158**
**Louisville, KY 40285-6158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,661.12** |
|---|---|---|---|

**REEBEES SWIMWEAR**
**782 E 12Th Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,505.89** |
|---|---|---|---|

**Rehab**
**1165 13 Crocker St**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0129**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,744.89** |
|---|---|---|---|

**Renamed**
**1023 S Towne Ave**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0475**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Nasty Gal Inc. | | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|---|
| | Name | | | |

---

**3.400**

**Nonpriority creditor's name and mailing address**
RENE ROFE
31 West 34th Street, 9th Floor
New York, NY 10001

Date(s) debt was incurred __

Last 4 digits of account number __1183__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$11,203.65**

---

**3.401**

**Nonpriority creditor's name and mailing address**
REPORT
Steve Madden Ltd
52 35 Barnett Ave
Long Island City, NY 11104

Date(s) debt was incurred __

Last 4 digits of account number __0380__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$16,778.40**

---

**3.402**

**Nonpriority creditor's name and mailing address**
ROBERT HALF TECHNOLOGYACC
PO Box 743295
Los Angeles, CA 90074-3295

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$5,281.75**

---

**3.403**

**Nonpriority creditor's name and mailing address**
ROCK N ROSE
UNIT 2 BRIGHOUSE VILLAGE
RIVERSIDE PARK, MIDDLESBROUGH, TS2

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$1,039.86**

---

**3.404**

**Nonpriority creditor's name and mailing address**
Roger Asmar, Esquire
Ross & Asmar LLC
499 7th Avenue, 23rd Floor, S. Towe
New York, NY 10018

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.405**

**Nonpriority creditor's name and mailing address**
Roland Au, Esquire
Law Offices of Kim, Au & Associates
101 S. Western Avenue, Second Floor
Los Angeles, CA 90004

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.406**

**Nonpriority creditor's name and mailing address**
RUMPKE  4701041234
PO Box 538710
Cincinnati, OH 00042-5253

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$1,187.90**

---

| Debtor | **Nasty Gal Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **2:16-bk-24862-BB** |

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.33** |
|---|---|---|---|
| | **RUMPKE4701032001**<br>**1101 W Oak Street**<br>**Louisville, KY 40210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131,977.36** |
|---|---|---|---|
| | **Runway Global Ltd**<br>**14Th Fl Prk Bldg**<br>**476 Castle Peak Rd Cheung**<br>**Sha Wan, Kowloon, Hong Kong** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **0263** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **S. Calvin Myung, Esquire**<br>**3700 Wilshire Blvd. Suite 500**<br>**Los Angeles, CA 90010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,746.27** |
|---|---|---|---|
| | **Sadie Sage**<br>**1015 Crocker St Ste S01**<br>**Los Angeles, CA 90014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **1475** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,711.55** |
|---|---|---|---|
| | **Sage Clothing**<br>**Seventh Day Inc**<br>**1100 S San Pedro St O 11**<br>**Los Angeles, CA 90015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **1204** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,182.76** |
|---|---|---|---|
| | **SAINTCHIC**<br>**Dindi Design**<br>**324 Pleasant Ave 4E**<br>**New York, NY 10035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.89** |
|---|---|---|---|
| | **SALESFORCE.COM INC.**<br>**PO Box 203141**<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.414**

**Nonpriority creditor's name and mailing address**

**SALT RIVER ELECTRIC**
**PO Box 247**
**Florence, KY 41022-0247**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0384**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$13,355.59**

---

**3.415**

**Nonpriority creditor's name and mailing address**

**SAMANTHA S GOODMAN**
**783 Teakwood Road**
**Los Angeles, CA 90049**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,230.00**

---

**3.416**

**Nonpriority creditor's name and mailing address**

**SAMY'S CAMERA**
**12636 Beatrice St.**
**Attn Accounts Receivable**
**Los Angeles, CA 90066**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$832.86**

---

**3.417**

**Nonpriority creditor's name and mailing address**

**SAVI LEATHERS**
**Vijay Kumar Jha**
**A 93 Sector 58**
**Noida Np 201301, India**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$462.39**

---

**3.418**

**Nonpriority creditor's name and mailing address**

**SAY THE SUN**
**715 S Los Angeles St**
**Los Angeles, CA 90014**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,846.96**

---

**3.419**

**Nonpriority creditor's name and mailing address**

**SBLD APPAREL STUDIO**
**PO Box 136**
**Charlotte, NC 28201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,226.16**

---

**3.420**

**Nonpriority creditor's name and mailing address**

**Schutz**
**225 West 35Th St 10 Fl**
**New York, NY 10001**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0070**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$47,592.50**

---

| Debtor | Nasty Gal Inc. | | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | **SCOTT BARRY** | ☐ Contingent | |
| | **405 CANYON VISTA DRIVE** | ☐ Unliquidated | |
| | **LOS ANGELES, CA  90065** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0651** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,546.64** |
|---|---|---|---|
| | **SELECTRA INDUSTRIES CORP** | ☐ Contingent | |
| | **5166 Alcoa Ave** | ☐ Unliquidated | |
| | **Vernon, CA 90058** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  1629** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,369.17** |
|---|---|---|---|
| | **SENSUAL INC** | ☐ Contingent | |
| | **183 Madison Ave Suite 401** | ☐ Unliquidated | |
| | **New York, NY 10016** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0479** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.50** |
|---|---|---|---|
| | **SG KNITS INC** | ☐ Contingent | |
| | **PO Box 2080** | ☐ Unliquidated | |
| | **Manhattan Beach, CA 90267** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,453.98** |
|---|---|---|---|
| | **Shanghai Silk GRP CO LTD** | ☐ Contingent | |
| | **Telex 33059 Ctssbcn** | ☐ Unliquidated | |
| | **283 Wu Xing Rd** | ☐ Disputed | |
| | **Shanghai, China** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0114** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.77** |
|---|---|---|---|
| | **SHAOXING TIANYU JACQUARD** | ☐ Contingent | |
| | **No 8 The 3Rd Silk Ind Pk** | ☐ Unliquidated | |
| | **Shengzhou City** | ☐ Disputed | |
| | **Zhejiang Province, China** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,243.64** |
|---|---|---|---|
| | **SHARK EYES INC.** | ☐ Contingent | |
| | **2110 E 25Th Street** | ☐ Unliquidated | |
| | **Vernon, CA 90058** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.428**

**Nonpriority creditor's name and mailing address**

**SHARP BUSINESS SYSTEMS**
**Dept La 21565**
**Pasadena, CA 91185-1565**

Date(s) debt was incurred _

Last 4 digits of account number  **0238**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$18,356.72**

---

**3.429**

**Nonpriority creditor's name and mailing address**

**Shellys London**
**425 Pontius Ave N 420**
**Seattle, WA 98109**

Date(s) debt was incurred _

Last 4 digits of account number  **0278**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$65,502.43**

---

**3.430**

**Nonpriority creditor's name and mailing address**

**Shoe Boos**
**1 Telfords Yard**
**London E1W 2Bq**
**United Kingdom**

Date(s) debt was incurred _

Last 4 digits of account number  **0482**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$120,992.76**

---

**3.431**

**Nonpriority creditor's name and mailing address**

**SHREDIT**
**PO Box 101007**
**Pasadena, CA 91189-1007**

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$489.58**

---

**3.432**

**Nonpriority creditor's name and mailing address**

**Signature 8**
**1004 Crocker Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number  **0217**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$40,876.29**

---

**3.433**

**Nonpriority creditor's name and mailing address**

**SILENT D FOOTWEAR**
**260 Wilson Drive**
**Cresskill, NY 07626**

Date(s) debt was incurred _

Last 4 digits of account number  **1636**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,419.04**

---

**3.434**

**Nonpriority creditor's name and mailing address**

**SIMPLE TRADING LDN LTD**
**6 Links Yard 29A Spelman**
**London E1 5Lx**
**United Kingdom**

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$38.00**

---

| Debtor | **Nasty Gal Inc.** | | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.435** | Nonpriority creditor's name and mailing address

**Six Crisp Days**
**225 West 35 St**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number  **0019**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$103,710.50**

---

**3.436** | Nonpriority creditor's name and mailing address

**SIX K MANAGEMENT PRODUCTI**
**1171 S ROBERSTON BLVD #120**
**LOS ANGELES, CA  90035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$360.00**

---

**3.437** | Nonpriority creditor's name and mailing address

**SIXTY SEVEN**
**8725 NW 18 TERRACE**
**DORAL, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,764.09**

---

**3.438** | Nonpriority creditor's name and mailing address

**SKINNY LONDON**
**10 Foubert's Pl,**
**Carnaby, London W1F 7PF, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,641.75**

---

**3.439** | Nonpriority creditor's name and mailing address

**SKIVVIES**
**4001-C Cedar Springs Rd**
**Dallas TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number  **0121**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$30,371.78**

---

**3.440** | Nonpriority creditor's name and mailing address

**SOCIAL DECAY**
**111 Fulton Street**
**Suite 807**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number  **0386**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$10,270.89**

---

**3.441** | Nonpriority creditor's name and mailing address

**SOLACE**
**1 Westpoint Court**
**Great Park Road Bradley**
**Bristol, Lon Bs32 4Ps, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$256.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.442**

**Nonpriority creditor's name and mailing address**

**Solemio**
**2430 Porter Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number  0095

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$72,588.24**

---

**3.443**

**Nonpriority creditor's name and mailing address**

**Sophia Amoruso**
**2046 Hillhurst Avenue 73**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number  0241

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$120,000.00**

---

**3.444**

**Nonpriority creditor's name and mailing address**

**SOURCED VINTAGE STUDIO**
**89A SHACKELWELL LANE**
**LONDON E82EB**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,208.31**

---

**3.445**

**Nonpriority creditor's name and mailing address**

**SOUTHERN CALIFORNIA EDISON**
**PO Box 6400**
**Rancho Cucamonga, CA 91729-6400**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,454.50**

---

**3.446**

**Nonpriority creditor's name and mailing address**

**SOUTHPAW VINTAGE INC**
**226 W 37Th St 8Th Flr**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,346.00**

---

**3.447**

**Nonpriority creditor's name and mailing address**

**SP PLUS CORPORTATION**
**523 W 6Th Street**
**Parking Office Level A**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,411.78**

---

**3.448**

**Nonpriority creditor's name and mailing address**

**SPARKLE DENIM**
**1509 Rio Vista Ave**
**Los Angeles, CA 90023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

| Debtor | **Nasty Gal Inc.** | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.449** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,170.00**

**Spry Business Technology**
**PO Box 498**
**Yandina Qld**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0246**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000,000.00**

**Stamos + Johnson Fund I Lp**
**2498 Sand Hill Road**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,811.07**

**STARLAND INC**
**748 E 12St Unit 2**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1480**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00**

**Starworks LLC**
**5 Crosby Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0466**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,485.62**

**STAY CUTE**
**PO Box 35421**
**Albuquerque, NM 87176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1497**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,334.03**

**Stephan CO**
**10 East 38Th Street**
**9Th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0103**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.25**

**STICKERYOU.COM**
**219 Dufferin Street, Unit 6A**
**Toronto, ON, Canada**
**M6K 3J1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nasty Gal Inc.** | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.456**

**Nonpriority creditor's name and mailing address**
**STONE COLD FOX**
**PO Box 51228**
**Los Angeles, CA 90051-5528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,068.96**

---

**3.457**

**Nonpriority creditor's name and mailing address**
**STONED IMMACULATE VINTAGE**
**137 N Larchmont Blvd**
**Suite 227**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,469.96**

---

**3.458**

**Nonpriority creditor's name and mailing address**
**STREETS AHEAD, INC.**
**5510 S Soto St**
**Unit B**
**Vernon, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,253.30**

---

**3.459**

**Nonpriority creditor's name and mailing address**
**Style Stalker**
**PO Box 741084**
**Los Angeles, CA 90074-1084**

Date(s) debt was incurred _

Last 4 digits of account number _0018_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$73,185.42**

---

**3.460**

**Nonpriority creditor's name and mailing address**
**SUBURBAN RIOT**
**111 W 7Th St Unit R1**
**Los Angeles, CA 90014**

Date(s) debt was incurred _

Last 4 digits of account number _1479_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,674.96**

---

**3.461**

**Nonpriority creditor's name and mailing address**
**SUN LIFE FINANCIAL**
**PO Box 7247 0381**
**Philadelphia, PA 19170-0381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$61.45**

---

**3.462**

**Nonpriority creditor's name and mailing address**
**SUNSCAPE**
**17526 Von Karman Ave Ste**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,592.61**

---

| Debtor | Nasty Gal Inc. | | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|---|
| | Name | | | |

---

**3.463**

Nonpriority creditor's name and mailing address

**SUZYWAN DELUXE**
**Lovholmsgrand 12**
**117 43 Stockholm**
**Sweden**

Date(s) debt was incurred __

Last 4 digits of account number  **0073**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$10,518.84**

---

**3.464**

Nonpriority creditor's name and mailing address

**Systems Intergation Speci**
**7086 Pleasant Colony Circ**
**Blacklick, OH 43004**

Date(s) debt was incurred __

Last 4 digits of account number  **0525**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$75,565.00**

---

**3.465**

Nonpriority creditor's name and mailing address

**T-REE**
**#403 2-22-28 EBISU**
**SHIBUYA-KU-TOKYO 150-0013 JAPAN**

Date(s) debt was incurred __

Last 4 digits of account number  **1576**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$11,025.00**

---

**3.466**

Nonpriority creditor's name and mailing address

**TASAMA CRAIG**
**Vanity Life Nyc**
**1543 Carroll Street**
**Brooklyn, NY 11213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,970.00**

---

**3.467**

Nonpriority creditor's name and mailing address

**TEA & CUP**
**1158 S Crocker St**
**Los Angeles, CA 90021**

Date(s) debt was incurred __

Last 4 digits of account number  **1414**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$21,934.67**

---

**3.468**

Nonpriority creditor's name and mailing address

**TEALIUM INC**
**11095 Torreyana Road**
**San Diego, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.469**

Nonpriority creditor's name and mailing address

**TERRYCHLOE INC.**
**Dba After Market**
**3775 Broadway Place**
**Los Angeles, CA 90007**

Date(s) debt was incurred __

Last 4 digits of account number  **1613**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$16,737.61**

---

| Debtor | Nasty Gal Inc. | | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.470**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,134.07** |
|---|---|---|
| **TEXMONT**<br>**Room A L**<br>**15 F Dan6 6 Fui Yiu Kok St**<br>**Hong Kong** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **0497** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.471**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207.00** |
|---|---|---|
| **THE FRUIT GUYS**<br>**409 Eccles Ave**<br>**South San Francisco, CA 94080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.472**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,748.00** |
|---|---|---|
| **The Jetset Diaries**<br>**850 South Broadway**<br>**Suite 501**<br>**Los Angeles, CA 90014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **0460** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.473**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.67** |
|---|---|---|
| **THE LAUNDRY ROOM**<br>**3309 W Sussex Way**<br>**Fresno, CA 93722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.474**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,166.09** |
|---|---|---|
| **The Line of Style**<br>**219 E 32Nd St**<br>**Los Angeles, CA 90011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **1623** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.475**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,382.00** |
|---|---|---|
| **The Vintage Shop**<br>**FILE 51084**<br>**LOS ANGELES, CA 90074-1084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **1343** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.476**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,194.27** |
|---|---|---|
| **THE WALL GROUP LA LLC**<br>**245 5Th Avenue**<br>**18Th Floor**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | **2:16-bk-24862-BB** |

---

**3.477** | Nonpriority creditor's name and mailing address

**THE WORKSHOP LA, LLC**
**604 Hampton Drive**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,517.84**

---

**3.478** | Nonpriority creditor's name and mailing address

**THESE ARE THINGS LLC**
**423 W 3Rd Ave**
**Columbus, OH 43201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,488.00**

---

**3.479** | Nonpriority creditor's name and mailing address

**THINKSI**
**1265 S Johnson Dr**
**Suite B**
**City Of Industry, CA 91745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.62**

---

**3.480** | Nonpriority creditor's name and mailing address

**THISTLE & SPIRE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,010.95**

---

**3.481** | Nonpriority creditor's name and mailing address

**TIC TOC**
**1015 S Crocker St Q4**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number  **0510**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,955.24**

---

**3.482** | Nonpriority creditor's name and mailing address

**Tiger Mist**
**1/16 Brisbane Street**
**Eltham**
**Victoria, Australia, 3095**

Date(s) debt was incurred _

Last 4 digits of account number  **0151**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$41,772.38**

---

**3.483** | Nonpriority creditor's name and mailing address

**TIMEX GARMENTS PVT LTD**
**4451 Bauddhaloka**
**Mawartha**
**Colombo-08, Sri Lanka**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,805.44**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Nasty Gal Inc. | | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.484**

**Nonpriority creditor's name and mailing address**

**TO THE FORE INC**
**1001 Crocker Street 3**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,752.78**

---

**3.485**

**Nonpriority creditor's name and mailing address**

**TOMLINSON MGMT GROUP**
**4407 Babcock Avenue**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$762.00**

---

**3.486**

**Nonpriority creditor's name and mailing address**

**TOP KNOT GOODS**
**649 S Cochran Ave 8**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,233.20**

---

**3.487**

**Nonpriority creditor's name and mailing address**

**TOP10**
**Smb Clothing Inc**
**1016 S Towne Ave 104**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,142.85**

---

**3.488**

**Nonpriority creditor's name and mailing address**

**TOPCO DESIGN**
**777 E 12Th St**
**Ste 1 9**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,542.38**

---

**3.489**

**Nonpriority creditor's name and mailing address**

**TRAMONTO CONSULTING LLC**
**7 Portica**
**Newport, CA 92657**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.09**

---

**3.490**

**Nonpriority creditor's name and mailing address**

**TRANS AMERICAN**
**50 Carol Street**
**Clifton, NJ 07014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,630.06**

---

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

**3.491** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,849.80**

**TRIPLE 7 GLOBAL, INC.**
**114 West Elmyra St**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0268

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$517.05**

**TYCO INTEGRATED SECURITY**
**Lockbox 223670**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$421.19**

**TYLER MOUNTAIN WATER CO**
**PO Box 849**
**Nitro, WV 25143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.41**

**UHC SPECIALTY BENEFITS**
**PO Box 2485**
**Carol Stream, IL 60132-2485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,341.94**

**ULINE SHIPPING SUPPLIES**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,787.52**

**UNIQ**
**747 E 10Th St Unit 117**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,664.86**

**UNITED HEALTH CARE**
**Dept 6940**
**Los Angeles, CA 90084-6940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0177

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number *(if known)* | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$848,128.28** |
|---|---|---|---|

**United Parcel Services Inc.**
**PO Box 7247 0244**
**Philadelphia, PA 19170-0244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0339**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,215.50** |
|---|---|---|---|

**UPS MAIL INNOVATIONS**
**28013 Network Place D169**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,297.48** |
|---|---|---|---|

**Uptown Apparel**
**747 East 10Th Street 113**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0541**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,850.29** |
|---|---|---|---|

**URGE**
**11 Adnunda Place**
**Beaumont Sa 5066**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,598.08** |
|---|---|---|---|

**US Customs and Border Protection**
**1300 Pennsylvania Avenue**
**Washington, DC 20229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0254**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,862.94** |
|---|---|---|---|

**Vagabond Shoes**
**Box 521**
**432 19 Varberg Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0487**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,933.28** |
|---|---|---|---|

**VALFRE**
**3701 Beverly Blvd**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1335**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Nasty Gal Inc.**
_____
Name

Case number (if known)    **2:16-bk-24862-BB**
_____

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,775.77 |
|---|---|---|---|

**VERISHIP**
**10000 College Blvd**
**Ste 235**
**Overland Park, Ks 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,282.87 |
|---|---|---|---|

**VERITIV OPERATING CO**
**7472 Collections Ctr Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0405**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.20 |
|---|---|---|---|

**VERIZON**
**PO Box 920041**
**Dallas, Tx 00092-0041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,084.99 |
|---|---|---|---|

**VERO MODA**
**225 A Rue De Liege Ouest**
**Montreal, QC H2P 1H4**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,159.88 |
|---|---|---|---|

**Very J**
**1100 S San Pedro St**
**I 5**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0032**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,955.94 |
|---|---|---|---|

**VETTA JEWELRY**
**70 West 36Th Street**
**9Th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0110**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,583.20 |
|---|---|---|---|

**VF OUTDOOR, LLC**
**13911 Collection Ctr Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.512**

**Nonpriority creditor's name and mailing address**

**VISION SERVICE PLAN**
**PO Box 45210**
**San Francisco, CA 94145-5210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$327.94**

---

**3.513**

**Nonpriority creditor's name and mailing address**

**Viva USA Daisy Swimwear**
**430 Madera Street**
**San Gabriel, CA 91776**

Date(s) debt was incurred __

Last 4 digits of account number  **0307**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$54,842.22**

---

**3.514**

**Nonpriority creditor's name and mailing address**

**VOLUME, INC.**
**1366 S Flower Street**
**Los Angeles, CA 90015**

Date(s) debt was incurred __

Last 4 digits of account number  **0218**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$17,958.30**

---

**3.515**

**Nonpriority creditor's name and mailing address**

**W&P DESIGN LLC**
**42 West Street 403**
**Brooklyn, NY 11222**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,610.32**

---

**3.516**

**Nonpriority creditor's name and mailing address**

**Weekday Brands**
**100 Porete Avenue**
**North Arlington, NJ 07031**

Date(s) debt was incurred __

Last 4 digits of account number  **0241**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$45,041.24**

---

**3.517**

**Nonpriority creditor's name and mailing address**

**WELLMADE COLLABORATION IN**
**327 E 2Nd St**
**Ste 224**
**Los Angeles, CA 90012**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,886.40**

---

**3.518**

**Nonpriority creditor's name and mailing address**

**WELLS FARGO VENDOR FINANCIAL SERV**
**PO Box 51043**
**Los Angeles, CA 90051-5343**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,558.54**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Nasty Gal Inc.**
_____
Name

Case number (if known) **2:16-bk-24862-BB**

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$17,461.26** |
|---|---|---|---|

**WESTERN FASHION, INC.**
**5236 Bell Court**
**Chino, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1680_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15,400.00** |
|---|---|---|---|

**WFBM, LLP**
**1 City Boulevard**
**Fifth Floor**
**Orange, CA 92868-3677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0544_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$6,889.66** |
|---|---|---|---|

**WHITING & DAVIS**
**1281 Andersen Drive, Suites A-C**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$500.00** |
|---|---|---|---|

**WILHELMINA INTL INC**
**PO Box 650002**
**Dept 8107**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$775.00** |
|---|---|---|---|

**WINDOW CLEANING PROFESSIO**
**PO Box 34342**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,310.52** |
|---|---|---|---|

**WINDSTREAM**
**PO Box 9001908**
**Louisville, KY 40290-1908**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$29,236.68** |
|---|---|---|---|

**WISH FOR FALLING STAR**
**10520 Bruns Dr**
**Tustin, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0490_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasty Gal Inc. | Case number (if known) | 2:16-bk-24862-BB |
|---|---|---|---|
| | Name | | |

---

**3.526**

**Nonpriority creditor's name and mailing address**
**WOMEN MANAGEMENT**
**199 Lafayette Street**
**7Th Floor**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number  **0408**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,175.00**

---

**3.527**

**Nonpriority creditor's name and mailing address**
**Wow Couture**
**3100 S Grand Ave**
**Los Angeles, CA 90007**

Date(s) debt was incurred _

Last 4 digits of account number  **0091**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$61,430.72**

---

**3.528**

**Nonpriority creditor's name and mailing address**
**WU JIANG SENOR TEXTILE CO**
**No 19 Guangdong Rd**
**Wujiang City**
**Jiangsu, China**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$502.80**

---

**3.529**

**Nonpriority creditor's name and mailing address**
**WYLDR**
**Prime Business Credit In**
**Los Angeles, CA 90074-1084**

Date(s) debt was incurred _

Last 4 digits of account number  **0152**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,843.91**

---

**3.530**

**Nonpriority creditor's name and mailing address**
**YAHOO INC.**
**PO Box 89 4147**
**Los Angeles, CA 90189-4147**

Date(s) debt was incurred _

Last 4 digits of account number  **0483**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,401.18**

---

**3.531**

**Nonpriority creditor's name and mailing address**
**YAHOO! INC.MICROSOFT BING**
**PO Box 89 4147**
**Los Angeles, CA 90189-4147**

Date(s) debt was incurred _

Last 4 digits of account number  **0257**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,174.72**

---

**3.532**

**Nonpriority creditor's name and mailing address**
**YOGA IN  HOUSE**
**4141 Glencoe Ave 303**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

| Debtor | Nasty Gal Inc. | | Case number (if known) | **2:16-bk-24862-BB** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,148.74 |
| --- | --- | --- | --- |

**YOUMITA**
**3510 S Central Ave**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,499.00 |
| --- | --- | --- | --- |

**YRU**
**13961 Ramona Ave**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,599.92 |
| --- | --- | --- | --- |

**Z AND SHE LLC DBA ESQAPE**
**2521 Crestline Terrace**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1499**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,104.10 |
| --- | --- | --- | --- |

**ZEE GEE WHY**
**c/o Global Design Workship Ltd**
**P.O. Box 218**
**Toorak, Victoria**
**Australia 3142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0423**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
| --- | --- | --- | --- |

**ZERO GRAVITY**
**731 S Spring St**
**Suite 200**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.00 |
| --- | --- | --- | --- |

**ZHEJIANG BAILISHI LACE CO**
**No D260 Huang Chen W Rd**
**Bei Yuan Yi Wu**
**Zhejiang, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,366.22 |
| --- | --- | --- | --- |

**Zhivago**
**860 South Los Angeles Street**
**Lobby 100A**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0494**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

| Debtor | **Nasty Gal Inc.** | Case number (if known) | **2:16-bk-24862-BB** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 184,382.76 |
| **5b. Total claims from Part 2** | 5b.  + | $ 19,833,477.44 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 20,017,860.20 |