Scott F. Gautier (State Bar No. 211742)
*SGautier@RobinsKaplan.com*
Kevin D. Meek (State Bar No. 280562)
*KMeek@RobinsKaplan.com*
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:   310 552 0130
Facsimile:   310 229 5800

*Attorneys for Province Inc., as Trustee of the NG DIP Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-24862-BB |
| NG DIP, INC. (f/k/a Nasty Gal Inc.), a California Corporation, | Chapter 11 |
| Debtor and Debtor in Possession. | **SIXTH POST-CONFIRMATION STATUS REPORT; DECLARATION OF AMANDA DEMBY IN SUPPORT THEREOF** |
| | **Status Conference:**<br>Date:    February 5, 2020<br>Time:    11:00 a.m.<br>Place:   Courtroom 1539<br>            255 East Temple Street<br>            Los Angeles, CA  90012 |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

61510827.1

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST**:

Province, Inc., as trustee (the "Trustee") of the NG DIP Liquidating Trust (the "Liquidating Trust") created pursuant to the Joint Liquidating Plan of Reorganization of NG DIP Inc. (f/k/a Nasty Gal) (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") dated May 23, 2017, herby submits its Sixth Post-Confirmation Status Report (the "Status Report").

On November 9, 2016, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing the above-captioned bankruptcy case (the "Bankruptcy Case").

On August 1, 2017, the Bankruptcy Court entered its Order (the "Confirmation Order") confirming the *Joint Liquidating Plan of Reorganization Dated May 23, 2017* (the "Plan"). Upon the occurrence of the effective date of the Plan (the "Effective Date"), the Plan provides for the transfer of the Debtor's assets to the Liquidating Trust, and the appointment of the Trustee as the liquidating trustee of the Liquidating Trust.

The Plan became effective as of August 18, 2017 (the "Effective Date"), notice of which was served by the Debtor on August 22, 2017. On the Effective Date, among other things, the Debtor transferred its cash assets, totaling $3,725,000.00 to the Liquidating Trust. After the Effective Date, the Liquidating Trust received an additional $1,837,959.57 from the return of deposits and settlements with the Debtor's credit card intermediaries and preference transferees.

Since the Effective Date, the Liquidating Trust has worked diligently to review the scheduled and filed claims and to raise and resolve objections thereto. The Liquidating Trust timely filed objections to claims, and obtained Orders from the Bankruptcy Court sustaining substantially all of the Liquidating Trust's objections. Objections to other claims were resolved consensually resulting in withdrawals, or amendments, of such claims.

**I.    SUMMARY OF DISTRIBUTIONS TO CREDITORS**

Below is a summary of the status of the claims scheduled and filed against the Debtor. The Plan divides claims into five classes, Classes 1 through 5. A sixth class consisting of the

equity interests in the Debtor was established, however that class does not receive distributions under the Plan.

### A.  Secured Classes

The Plan includes three classes of secured claims: Class 2(a), consisting of the secured claim of Hercules Capital Inc. ("Hercules") based upon that certain Loan and Security Agreement dated November 6, 2015 between Hercules and the Debtor (the "Hercules Claim"); Class 2(b), consisting of the claim of Pacific Western Bank ("PWB") based upon the Letter of Credit Agreement, Pledge and Security Agreement attached to the proof of claim filed by PWB on January 31, 2017 (the "PWB Claim"); and Class 2(c), consisting of all other secured claims.

Both the Hercules Claim and PWB Claim have been fully resolved. On July 5, 2017, the Debtor, the Committee and Hercules entered into the *Stipulation Releasing A Portion Of Segregated Asset Sale Proceeds* (Docket No. 708), whereby the Debtor released $1,850,000 of funds in full satisfaction of the Hercules Claim.

The PWB Claim has also been resolved. Pursuant to the Court's *Order Granting Relief from the Automatic Stay* (Docket No. 737), PWB has liquidated its collateral consisting of three money market accounts that secure the Debtor's reimbursement obligations arising under three standby letters of credit issued by PWB in which the Debtor's former landlords are beneficiaries.

With respect to Class 2(c) consisting of other secured claims, three other claimants filed proofs of claims seeking secured status—(i) Emory Park, Inc. (Claim No. 97); (ii) Lovely Planet US LLC (Claim No. 171); and (iii) Scotch and Soda Export B.V. (Claim No. 175). On December 15, 2017, the Liquidating Trust filed its Omnibus Objection seeking to reclassify these claims as general unsecured claims. On February 8, 2018, the Court entered its Order sustaining the Liquidating Trust's Omnibus Objection and reclassifying the claims as general unsecured claims.

### B.  Priority Claims

Since the Effective Date, the Liquidating Trust has paid, and objected to, several priority claims filed against the Debtor's bankruptcy estate. The Liquidating Trust has paid the following administrative claims:

| **Claimant** | **Claim No.** | **Amount Paid** |
|---|---|---|
| 523 West 6th Street Property Owner LLC | 328 | $106,594.32 |
| 8115 Melrose, LLC | 327 | $22,500.54 |
| Andari Fashion, Inc. | 273 | $10,879.07 |
| Bardot Pty Ltd | 358 | $38,647.72 |
| CRG Financial LLC | 306 | $1,441.77 |
| CRG Financial LLC | 307 | $6,560.12 |
| CRG Financial LLC | 308 | $12,459.10 |
| Current Air Clothing, Inc. | 258 | $9,109.00 |
| Decade Productions, LLC | 183 | $10,275.25 |
| Fair Harbor Capital, LLC | 290 | $9,330.00 |
| Fair Harbor Capital, LLC | 291 | $42,756.78 |
| Fair Harbor Capital, LLC | 53 | $14,450.00 |
| Google Inc. | 242 | $33,610.73 |
| Olivaceous | 8 | $35,089.00 |
| Salesforce.com, Inc. | 292 | $38,262.44 |
| Stiu S.r.l. | 330 | $47,479.56 |
| Argo Partners (as assignee of Ark & Co.) | 232 | $7,650.00 |
| Argo Partners (as assignee of Few Moda) | 32 | $28,307.00 |
| Argo Partners (as assignee of CMS Associates Pvt Ltd) | 364 | $45,921.44 |
| Argo Partners (as assignee of Colonial Tag) | 192 | $22,000.00 |
| Argo Partners (as assignee for Purple & Me, Inc.) | 13 | $37,220.40 |
| Argo Partners (as assignee for Very J) | 37 | $8,537.72 |
| Center for Environmental Health | 316 | $35,000.00 |
| State of Ohio | 344 | $8,200.00 |
| Current Air Clothing, Inc. | 258 | $9,109.00 |
| JC Dossier, Inc. | 302 | $60,162.00 |

61510827.1      - 4 -

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

| **Claimant** | **Claim No.** | **Amount Paid** |
|---|---|---|
| Yahoo Holdings, Inc. | 272 | $2,901.56 |
| Diamond Polk | 216 | $989.25 |
| Aaron Battista | 288 | $7,330.92 |
| Argo Partners as assignee of Solemio | 233 | $9,949.50 |
| Creditors Adjustment Bureau | 1163 | $16,672.55 |
| Franchise Tax Board (BK Section) | 359 | $829.37 |
| KPN Apparel, LLC | 86 | $18,579.00 |
| Nes Group | 271 | $3,419.00 |
| Rare Fashion Ltd. | 295 | $14,075.35 |
| Rosenthal & Rosenthal, Inc. | 235 | $7,076.00 |
| Commonwealth of Kentucky Dept. of Revenue | 35 | $58,410.16 |

All objections to priority claims have been resolved. The Liquidating Trust obtained Orders disallowing the priority status of the following claims:

| **Claimant** | **Claim No.** | **Order Entered** |
|---|---|---|
| Jason Landis | 118 | December 27, 2017 (Docket No. 1005) |
| Ruijing Sewing Company Co., Ltd. | 340 | December 27, 2017 (Docket No. 1004) |
| Jacqueline Pak | 348 | December 27, 2017 (Docket No. 1003) |
| Factor Model Management LA Inc. | 95 | November 7, 2017 (Docket No. 929) |
| Model Two Management | 113 | November 7, 2017 (Docket No. 928) |
| The Morales Group, Inc. | 326 | November 7, 2017 (Docket No. 927) |
| Six K Management Productions | 74 | November 7, 2017 (Docket No. 926) |
| The Workshop LA, LLC | 130 | November 7, 2017 (Docket No. 925) |
| Cape Robbin | 31 | February 7, 2018 (Docket No. 1105) |
| State Board of Equalization | 310 | February 7, 2018 (Docket No. 1105) |
| 523 West 6th Street Property Owner LLC | 328 | February 26, 2018 (Docket No. 1131) (reducing the priority claim asserted by Claimant from $62,978.00 to $9,144.75) |

61510827.1         - 5 -

| Claimant | Claim No. | Order Entered |
|---|---|---|
| State of Ohio | 344 | March 29, 2018 (Docket No. 1164) (reducing the priority claim asserted by Claimant from $84,720.00 to $8,200.00. |

### C. General Unsecured Claims

Class 3 of the Plan consists of the claims of general unsecured creditors. Under the Plan, each holder of an allowed general unsecured claim shall receive a pro rata share of distributions of available cash. On December 15, 2017, the Liquidating Trust filed objections to several unsecured claims under section 502(b)(1) of the Bankruptcy Code, and obtained an Order sustaining substantially all of the Liquidating Trust's objections (see Docket No. 1131) (the "Claim Objections"). All Claim Objections have been resolved.

### D. Administrative Claims

Six professionals were appointed or employed to represent the Debtor's estate and the Committee. Pursuant to the Plan, October 17, 2017 was the deadline for professionals to file their final applications for awards of fees and expenses. On October 20, 2017, the Court entered its Order approving those final fee applications. Pursuant to the Court's Order, the Liquidating Trust has paid allowed professional fees and expenses as follows:

| Professional | Amount Paid by Liquidating Trust | Date Paid |
|---|---|---|
| Robins Kaplan LLP | $801,578.46 | October 26, 2017 |
| Peter J Solomon Company | $11,834.98 | October 26, 2017 |
| Province Inc. | $37,960.86 | November 16, 2017 |
| Levene, Neale, Bender, Yoo & Brill LLP | $260,478.83 | October 31, 2017 |
| B. Riley & Co. | $6,290.00 | October 31, 2017 |

## II. POST CONFIRMATION TAX LIABILITIES

The Liquidating Trust is current on all post-confirmation tax liabilities that have come due since confirmation of the Plan. The Liquidating Trust has paid the following tax obligations that

have come due: (i) the California State Board of Equalization, in the amount of $69,417.90 (ii) the California Franchise Tax Board, in the amount of $4,076.48; and (iii) the Kentucky Department of Revenue, in the amount of $200.00.

### III. CONTINUING ABILITY TO COMPLY WITH PLAN TERMS AND ESTIMATE FOR PLAN CONSUMMATION AND APPLICATION FOR FINAL DECREE

The Liquidating Trust will continue to operate in accordance with the Plan. The Liquidating Trust has filed complaints seeking avoidance and recovery of preferential transfers (collectively, the "Preference Actions") against the following:

| Preference Transferee: | Alleged Preference: |
| --- | --- |
| C&R Insurance Services, Inc. | $95,000.00 |
| Echo Global Logistics, Inc. | $264,000.00 |
| EnVista LLC (aka EnVista Concepts) | $300,000.00 |
| Facebook, Inc. | $355,000.00 |
| IMG Models, Inc. | $75,000.00 |
| I-parcel, LLC | $179,000.00 |
| Kacoo USA, LLC | $242,000.00 |
| Lavish Alice | $73,000.00 |
| Lee + Lani, LLC | $81,000.00 |
| Luxury Garage Sale, Inc. | $53,000.00 |
| Madison Administrative Services, Inc. | $600,000.00 |
| Pursue | $54,000.00 |
| Rakuten Marketing, LLC | $190,000.00 |
| United Parcel Service, Inc. | $1,441,000.00 |
| Wish for Falling Star, Inc. | $85,000.00 |

All Preference Actions have been resolved. The Liquidating Trust settled the Preference Actions against Lavish Alice, Luxury Garage Sale, Inc., Madison Administrative Services, C&R

Insurance Services, Inc., EnVista LLC, Facebook, Inc., IMG Models, Inc., I-parcel, LLC, Kacoo USA, LLC, Rakuten Marketing, LLC, and United Parcel Service, Inc., generating settlement proceeds totaling $276,623.28. In addition, the Liquidating Trust obtained default judgments against: (i) Lee + Lani, LLC, in the amount of $68,898 (plus disallowance of its claim); (ii) Echo Global Logistics, Inc., in the amount of $87,416.09 (plus disallowance of its claim); (iii) Pursue, in the amount of $53,873.23 (plus disallowance of its claim); and (iv) Wish For Falling Star, Inc., in the amount of $22,489.75 (plus disallowance of its claim).  The Preference Action against Rakuten Marking, LLC was dismissed on June 11, 2019.

In addition, the Liquidating Trust resolved its lawsuit against the City of Los Angeles (alleging claims for avoidance and recovery of a fraudulent transfer) for the settlement sum of $95,000.

## IV.    ESTIMATED TIME TO CLOSE CASE

As all of the claim objections and avoidance actions have been resolved, the Liquidating Trust expects to file a motion for a final decree and order closing the case prior to the end of the first quarter of 2020.

DATED: January 17, 2020                **ROBINS KAPLAN LLP**

By:    /s/ Kevin D. Meek
           Scott F. Gautier
           Kevin D. Meek

Attorneys For Province, Inc., as trustee of the NG DIP Liquidating Trust

# DECLARATION OF AMANDA DEMBY

I, Amanda Demby, declare as follows:

1. I am a Managing Director with the firm, Province, Inc., the trustee (the "Trustee") of the NG DIP Liquidating Trust (the "Liquidating Trust"), and I am authorized to submit and I make this declaration ("Declaration") on behalf of the Liquidating Trust in connection with the Liquidating Trust's *Fifth Post-Confirmation Status Report* (the "Status Report"). Unless otherwise noted, capitalized terms referenced in this Declaration have the same meaning as those set forth in the Status Report.

2. Except as otherwise noted herein, I have personal knowledge of the facts presented in this Declaration. If called as a witness to do so, I could competently testify thereto.

3. On August 1, 2017, the Bankruptcy Court entered its Order (the "Confirmation Order") confirming the *Joint Liquidating Plan of Reorganization Dated May 23, 2017* (the "Plan"). Upon the occurrence of the effective date of the Plan (the "Effective Date"), the Plan provides for the transfer of the Debtor's assets to the Liquidating Trust, and the appointment of the Trustee as the liquidating trustee of the Liquidating Trust.

4. The Plan became effective as of August 18, 2017 (the "Effective Date"), notice of which was served by the Debtor on August 22, 2017. On the Effective Date, among other things, the Debtor transferred its cash assets, totaling $3,725,000.00 to the Liquidating Trust. After the Effective Date, the Liquidating Trust received an additional $1,837,959.57 from the return of deposits and settlements with the Debtor's credit card intermediaries and preference transferees.

5. Since the Effective Date, the Liquidating Trust has paid, and objected to, several priority claims filed against the Debtor's bankruptcy estate. The Liquidating Trust has paid the following administrative claims:

| **Claimant** | **Claim No.** | **Amount Paid** |
| --- | --- | --- |
| 523 West 6th Street Property Owner LLC | 328 | $106,594.32 |
| 8115 Melrose, LLC | 327 | $22,500.54 |
| Andari Fashion, Inc. | 273 | $10,879.07 |

| Claimant | Claim No. | Amount Paid |
|---|---|---|
| Bardot Pty Ltd | 358 | $38,647.72 |
| CRG Financial LLC | 306 | $1,441.77 |
| CRG Financial LLC | 307 | $6,560.12 |
| CRG Financial LLC | 308 | $12,459.10 |
| Current Air Clothing, Inc. | 258 | $9,109.00 |
| Decade Productions, LLC | 183 | $10,275.25 |
| Fair Harbor Capital, LLC | 290 | $9,330.00 |
| Fair Harbor Capital, LLC | 291 | $42,756.78 |
| Fair Harbor Capital, LLC | 53 | $14,450.00 |
| Google Inc. | 242 | $33,610.73 |
| Olivaceous | 8 | $35,089.00 |
| Salesforce.com, Inc. | 292 | $38,262.44 |
| Stiu S.r.l. | 330 | $47,479.56 |
| Argo Partners (as assignee of Ark & Co.) | 232 | $7,650.00 |
| Argo Partners (as assignee of Few Moda) | 32 | $28,307.00 |
| Argo Partners (as assignee of CMS Associates Pvt Ltd) | 364 | $45,921.44 |
| Argo Partners (as assignee of Colonial Tag) | 192 | $22,000.00 |
| Argo Partners (as assignee for Purple & Me, Inc.) | 13 | $37,220.40 |
| Argo Partners (as assignee for Very J) | 37 | $8,537.72 |
| Center for Environmental Health | 316 | $35,000.00 |
| State of Ohio | 344 | $8,200.00 |
| Current Air Clothing, Inc. | 258 | $9,109.00 |
| JC Dossier, Inc. | 302 | $60,162.00 |
| Yahoo Holdings, Inc. | 272 | $2,901.56 |
| Diamond Polk | 216 | $989.25 |
| Aaron Battista | 288 | $7,330.92 |
| Argo Partners as assignee of Solemio | 233 | $9,949.50 |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

61510827.1

- 10 -

| **Claimant** | **Claim No.** | **Amount Paid** |
|---|---|---|
| Creditors Adjustment Bureau | 1163 | $16,672.55 |
| Franchise Tax Board (BK Section) | 359 | $829.37 |
| KPN Apparel, LLC | 86 | $18,579.00 |
| Nes Group | 271 | $3,419.00 |
| Rare Fashion Ltd. | 295 | $14,075.35 |
| Rosenthal & Rosenthal, Inc. | 235 | $7,076.00 |
| Commonwealth of Kentucky Dept. of Revenue | 35 | $58,410.16 |

6.    The Liquidating Trust filed objections to, and obtained Orders disallowing the priority status of, the following claims:

| **Claimant** | **Claim No.** | **Order Entered** |
|---|---|---|
| Jason Landis | 118 | December 27, 2017 (Docket No. 1005) |
| Ruijing Sewing Company Co., Ltd. | 340 | December 27, 2017 (Docket No. 1004) |
| Jacqueline Pak | 348 | December 27, 2017 (Docket No. 1003) |
| Factor Model Management LA Inc. | 95 | November 7, 2017 (Docket No. 929) |
| Model Two Management | 113 | November 7, 2017 (Docket No. 928) |
| The Morales Group, Inc. | 326 | November 7, 2017 (Docket No. 927) |
| Six K Management Productions | 74 | November 7, 2017 (Docket No. 926) |
| The Workshop LA, LLC | 130 | November 7, 2017 (Docket No. 925) |
| Cape Robbin | 31 | February 7, 2018 (Docket No. 1105) |
| State Board of Equalization | 310 | February 7, 2018 (Docket No. 1105) |
| 523 West 6th Street Property Owner LLC | 328 | February 26, 2018 (Docket No. 1131) (reducing the priority claim asserted by Claimant from $62,978.00 to $9,144.75) |

61510827.1

- 11 -

| Claimant | Claim No. | Order Entered |
|---|---|---|
| State of Ohio | 344 | March 29, 2018 (Docket No. 1164) (reducing the priority claim asserted by Claimant from $84,720.00 to $8,200.00. |

7.  The Liquidating Trust has paid the following tax obligations that have come due: (i) the California State Board of Equalization, in the amount of $69,417.90 (ii) the California Franchise Tax Board, in the amount of $4,076.48; and (iii) the Kentucky Department of Revenue, in the amount of $200.00.

8.  The Liquidating Trust's preference actions against Lavish Alice, Luxury Garage Sale, Inc., Madison Administrative Services, C&R Insurance Services, Inc., EnVista LLC, Facebook, Inc., IMG Models, Inc., I-parcel, LLC, Kacoo USA, LLC, Rakuten Marketing, LLC, and United Parcel Service, Inc. have been resolved, generating settlement proceeds totaling $276,623.28.

9.  The Liquidating Trust obtained default judgments against: (i) Lee + Lani, LLC, in the amount of $68,898 (plus disallowance of its claim); (ii) Echo Global Logistics, Inc., in the amount of $87,416.09 (plus disallowance of its claim); (iii) Pursue, in the amount of $53,873.23 (plus disallowance of its claim); and (iv) Wish For Falling Star, Inc., in the amount of $22,489.75 (plus disallowance of its claim).

10. The Liquidating Trust resolved its lawsuit against the City of Los Angeles (alleging claims for avoidance and recovery of a fraudulent transfer) for the settlement sum of $95,000.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of January, 2020 at Los Angeles, California.

_____
Amanda Demby

# PROOF OF SERVICE OF DOCUMENT(S)

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **SIXTH POST-CONFIRMATION STATUS REPORT; DECLARATION OF AMANDA DEMBY IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the aforementioned documents was served by the court via NEF and hyperlink to the documents. On (*date*) **January 17, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyb.com
- Wesley H Avery    wavery@thebankruptcylawcenter.com, lucy@averytrustee.com
- Lorie A Ball    LBall@robinskaplan.com
- Peter Bonfante    pbonfante@celsinc.com
- Diana K Carey    dcarey@karrtuttle.com, mhernandez@karrtuttle.com;mmunhall@karrtuttle.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- Scott Ewing    contact@omnimgt.com, sewing@omnimgt.com;katie@omnimgt.com
- Ryan S Fife    ryan.fife@dbr.com, betty.borror@dbr.com;docketgeneral@dbr.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- Scott F Gautier    sgautier@robinskaplan.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Eliza Ghanooni    eliza@ghanoonilaw.com, jennifer@ghanoonilaw.com
- Fredric Glass    fglass@fairharborcapital.com
- Matthew A Gold    courts@argopartners.net
- Michael I Gottfried    mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;mmocciaro@lgbfirm.com
- Michael S Greger    mgreger@allenmatkins.com
- Steven T Gubner    sgubner@brutzkusgubner.com, ecf@brutzkusgubner.com
- Brian L Holman    b.holman@mpglaw.com
- Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Kevin H Jang    khjlawcorp@gmail.com, info.Khjlawcorp@gmail.com
- Nathan E Jones    info@usdrllc.com
- Gerald P Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- Gary E Klausner    gek@lnbyb.com
- Kenneth T Law    ken@bbslaw.com
- Malcolm Leader-Picone    mlp@leader-picone.com
- Ron Maroko    ron.maroko@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

61306464.1

**F 9013-3.1.PROOF.SERVICE**

- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Julie Montgomery    jmontgomery@brownconnery.com, jmontgomery@brownconnery.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Penelope Parmes    penelope.parmes@troutmansanders.com, Vanessa.hudak@troutmansanders.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Uzzi O Raanan    uor@dgdk.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- J. Alexandra Rhim    arhim@hemar-rousso.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com
- Allan D Sarver    ADSarver@aol.com
- Benjamin Seigel    bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
- Martina A Slocomb    rockymountainlaw@yahoo.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Ovsanna Takvoryan    ot@tlgapc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Dennis J Wickham    wickham@scmv.com, nazari@scmv.com
- Hatty K Yip    hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 17, 2020** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
Hon. Sheri Bluebond
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 17, 2020 | Kevin D. Meek | /s/ Kevin D. Meek |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
61306464.1